UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: FCA US LLC MONOSTABLE
ELECTRONIC GEARSHIFT
LITIGATION

MDL No. 2744

Case Number: 16-md-02744

Honorable David M. Lawson
Magistrate Judge David R. Grand

_____/

**PROPOSED AGENDA FOR DECEMBER 13, 2017**
**STATUS CONFERENCE**

Pursuant to the Court's Order Setting Initial Scheduling Benchmarks, the Parties by and through their undersigned counsel, hereby jointly propose the following Agenda for the Status Conference scheduled for December 13, 2017:

1. Joint Case Management Statement

2. Status of Discovery

3. Status of Personal Injury Cases

4. General Mediation Issues

5. Timing of Response to *Maneotis* Amended Complaint

Dated: December 6, 2017

| **THOMPSON COBURN LLP** | **THE MILLER LAW FIRM, P.C.** |
|---|---|
| /s/ *Kathy A. Wisniewski (w/consent)* | /s/ *E. Powell Miller*_____ |
| Kathy A. Wisniewski | E. Powell Miller (P39487) |
| Stephen D'Aunoy | Sharon S. Almonrode (P33938) |
| Sharon B. Rosenberg | 950 West University Drive, Suite 300 |
| Amanda J. Hettinger | Rochester, MI 48307 |
| One US Bank Plaza | Tel: (248) 841-2200 |
| St. Louis, MO 63101 | Fax: (248) 652-2852 |
| Tel: (314) 552-6000 | epm@millerlawpc.com |
| Fax: (314) 552-7000 | ssa@millerlawpc.com |
| kwisniewski@thompsoncoburn.com | |
| sdaunoy@thompsoncoburn.com | *Plaintiffs' Lead Counsel and Chair of* |
| srosenberg@thompsoncoburn.com | *Plaintiffs' Steering Committee* |
| ahettinger@thompsoncoburn.com | |

**BUSH SEYFERTH & PAIGE PLLC**
Cheryl A. Bush (P37031)
3001 W. big Beaver Rd., Suite 600
Troy, MI 48084
Tel: (248) 811-7800
bush@bsplaw.com

**KESSLER TOPAZ MELTZER & CHECK, LLP**
Joseph H. Meltzer
Peter A. Muhic
Melissa Troutner
280 King of Prussia Road
Radnor, PA 19087
Tel: (610) 667-7706
Fax: (610) 667-7056
jmeltzer@ktmc.com
pmuhic@ktmc.com
mtroutner@ktmc.com

**MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.**
Larry J. Saylor (P28165)
150 W. Jefferson, Suite 2500
Detroit, MI 48226
Tel: (313) 963-6420
Fax: (313) 496-8454
saylor@millercanfield.com

**HAGENS BERMAN SOBOL SHAPIRO LLP**
Steve W. Berman
Thomas E. Loeser
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Tel: (206) 623-7292
Fax: (206) 623-0594
steve@hbsslaw.com
toml@hbsslaw.com

*Attorneys for Defendant FCA US LLC*

2

Christopher R. Pitoun
301 N. Lake Ave., Suite 920
Pasadena, CA 91101
Telephone: (213) 330-7150
Facsimile: (213) 330-7152
christopherp@hbsslaw.com

**GUSTAFSON GLUEK PLLC**
Daniel E. Gustafson
Jason S. Kilene
David A. Goodwin
Raina C. Borrelli
Canadian Pacific Plaza
120 S. Sixth St., Suite 2600
Minneapolis, MN 55402
Tel: (612) 333-8844
Fax: (612) 339-6622
dgustafson@gustafsongluek.com
jkilene@gustafsongluek.com
dgoodwin@gustafsongluek.com
rborrelli@gustafsongluek.com

**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
Robert K. Shelquist
Rebecca A. Peterson
100 Washington Ave. South, Suite 2200
Minneapolis, MN 55401
Tel: (612) 339-6900
Fax: (612) 339-0981
rkshelquist@locklaw.com
rapeterson@locklaw.com

**GREG COLEMAN LAW PC**
Gregory F. Coleman
Lisa A. White
Mark E. Silvey
Adam E. Edwards
First Tennessee Plaza

3

800 S. Gay Street, Suite 1100
Knoxville, Tennessee 37929
Tel: (865) 247-0080
Fax: (865) 533-0049
greg@gregcolemanlaw.com
lisa@gregcolemanlaw.com
mark@gregcolemanlaw.com
adam@gregcolemanlaw.com

*Plaintiffs' Steering Committee*

**MANTESE HONIGMAN PC**
David Honigman
Douglas Toering
Gerard V. Mantese
James A. Buster
1361 E. Big Beaver Road
Troy, MI 48083
Tel: 248-457-9200
Fax: 248-457-9201
dhonigman@manteselaw.com
dtoering@manteselaw.com
gmantese@manteselaw.com
jbuster@manteselaw.com

*Plaintiffs' Liaison Counsel*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: FCA US LLC MONOSTABLE
ELECTRONIC GEARSHIFT
LITIGATION

MDL No. 2744

Case Number: 16-md-02744

Honorable David M. Lawson
Magistrate Judge David R. Grand

_____/

**CERTIFICATE OF SERVICE**

I hereby certify that on December 6, 2017, I electronically filed the foregoing documents using the Court's electronic filing system, which will notify all counsel of record authorized to receive such filings.

*/s/ E. Powell Miller*
E. Powell Miller (P39487)
**THE MILLER LAW FIRM, P.C.**
950 W. University Dr., Suite 300
Rochester, MI 48307
Tel: (248) 841-2200
epm@millerlawpc.com

5