# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

IN RE: FCA US LLC MONOSTABLE
ELECTRONIC GEARSHIFT LITIGATION

MDL No. 2744

Case Number 16-md-02744
Honorable David M. Lawson
Magistrate Judge David R. Grand

_____

DEDRA MANEOTIS,

    Plaintiff,

v.

FCA US, LLC,

    Defendant.

Case Number 17-10351
Honorable David M. Lawson

## STIPULATION TO EXTEND TIME FOR PLAINTIFF DEDRA MANEOTIS TO RESPOND TO DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS (DKT. #171)

The Parties, by and through their respective counsel, hereby stipulate and agree that the time for Plaintiff Dedra Maneotis to respond to Defendant's Motion for Judgment on the Pleadings (dkt #171), if necessary, be extended by 7 days, or until December 13, 2017.

On Monday, December 4, 2017, the Parties submitted a Stipulation (dkt #177) and Proposed Order to file an amended complaint for Plaintiff Dedra Maneotis in lieu of filing a Response to Defendant's Motion for Judgment on the

1

Pleadings. Additionally, Plaintiff filed the amended complaint for which she was seeking Court approval (dkt #178).

The Response to Defendant's Motion for Judgment on the Pleadings is due today, December 6, 2017. If the Court denies Plaintiff the opportunity to file the amended complaint, and instead orders a Response to the Motion for Judgment on the Pleadings be filed, Plaintiff respectfully requests a one-week extension (until December 13, 2017) to file this Response.

Importantly, Plaintiff's counsel and the primary contact for her case, Christopher Pitoun, had to immediately evacuate (with his family) his Los Angeles home during today's early morning hours due to the threatening and spreading California wildfires. Mr. Pitoun has been unable to access a computer and has had trouble communicating with other attorneys and individuals throughout the day. As a result of these unforeseen circumstances, Plaintiff respectfully requests an extension of time to file her Response, if the Court rejects the amended complaint and orders a Response be filed.

The Parties have stipulated and agreed that the time for Plaintiff Dedra Maneotis to respond to Defendant's Motion for Judgment on the Pleadings (dkt #171), if a Response is deemed to be necessary by the Court, be extended by 7 days, or until December 13, 2017.

2

Stipulated and Agreed on December 6, 2017:

/s/ *Michael R. Williams (w/consent)*
Cheryl A. Bush (P37031)
Michael R. Williams (P79827)
**BUSH SEYFERTH & PAIGE PLLC**
3001 W. Big Beaver Rd. Suite 600
Troy, MI 48084
Tel: (248) 822-7800
bush@bsplaw.com
williams@bsplaw.com

*Attorneys for Defendant FCA US LLC*

Kathy A. Wisniewski
Stephen D'Aunoy
Sharon B. Rosenberg
Amanda J. Hettinger
**THOMPSON COBURN LLP**
One US Bank Plaza
St. Louis, Missouri 63101
Telephone: (314) 552-6000
kwisnieski@thompsoncoburn.com
sdaunoy@thompsoncoburn.com
srosenberg@thompsoncoburn.com
ahettinger@thompsoncoburn.com

Larry J. Saylor (P28165)
**MILLER CANFIELD**
150 W. Jefferson, Suite 2500
Detroit, MI 48226
Tel: (313) 963-6420
saylor@millercanfield.com

*Attorneys for Defendant FCA US LLC*

/s/ *E. Powell Miller*_____
E. Powell Miller (P39487)
Sharon S. Almonrode (P33938)
**THE MILLER LAW FIRM, P.C.**
950 W. University Dr., Suite 300
Rochester, MI 48307
Telephone: (248) 841-2200
epm@millerlawpc.com
ssa@millerlawpc.com

*Plaintiffs' Lead Counsel and Chair of Plaintiffs' Steering Committee*

Steve W. Berman
Thomas E. Loeser
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1918 8th Ave Suite 3300
Seattle, WA 98101
Tel: (206) 623-7292
steve@hbsslaw.com
toml@hbsslaw.com

Christopher R. Pitoun
**HAGENS BERMAN SOBOL SHAPIRO LLP**
301 N. Lake Avenue, Suite 920
Pasadena, CA 91101
Telephone: (213) 330-7150
christopherp@hbsslaw.com

*Attorneys for the Personal Injury Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 6, 2017, I electronically filed the foregoing document with the Clerk of the Court using the ECF System, which will send notification to the ECF counsel of record.

By: /s/ E. Powell Miller
E. Powell Miller (P39487)
950 W. University Dr., Suite 300
Rochester, MI 48307
Telephone: (248) 841-2200
epm@millerlawpc.com