UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: FCA US LLC MONOSTABLE
ELECTRONIC GEARSHIFT LITIGATION

MDL No. 2744

Case Number 16-md-02744
Honorable David M. Lawson
Magistrate Judge David R. Grand

_____/

SONYA DAWSON,

      Plaintiff,

v.

FCA US, LLC,

      Defendant.

Case Number 17-11082
Honorable David M. Lawson

_____/

## ORDER DISMISSING AS MOOT DEFENDANT'S MOTION TO DISMISS

On May 30, 2018, the parties submitted a stipulation to dismiss without prejudice all of the plaintiff's claims in *Dawson v. FCA US LLC*, No. 17-11082, and the Court therefore dismissed that underlying matter and all of the plaintiff's claims in this multidistrict litigation. Because the plaintiff's complaint has been dismissed, the Court also will dismiss as moot the defendant's pending motion to dismiss for insufficient service of process.

Accordingly, it is **ORDERED** that the defendant's motion to dismiss (16-2744, ECF Doc. No. 242; 17-11082, ECF Doc. No. 15) is **DISMISSED** as moot.

                                              s/David M. Lawson
                                              DAVID M. LAWSON
                                              United States District Judge

Dated:   June 7, 2018

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on June 7, 2018.

                                              s/Susan Pinkowski
                                              SUSAN PINKOWSKI