# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: FCA US LLC MONOSTABLE ELECTRONIC GEARSHIFT LITIGATION<br><br>MDL No. 2744 | No. 16-md-02744-DML-DRG<br><br>Honorable David M. Lawson<br>Mag. Judge David R. Grand |

## APPENDICES INDEX

Appendix A – Consumer Protection Classes

Appendix B—Survey of Consumer Protection Act Damage and Proximate Cause Requirements by Jurisdiction

Appendix C—Survey of Consumer Protection Act Reasonable Consumer Standards

Appendix D—Plaintiffs' Proposed Special Verdict Forms for the Consumer Protection Classes

Appendix E—Unjust Enrichment Survey

Appendix F—Plaintiffs' Proposed Special Verdict Forms for Unjust Enrichment

Appendix G—Fraudulent Concealment Survey

Appendix H—Fraudulent Concealment Special Verdict Form

Appendix I—Implied Warranty Classes

Appendix J—Plaintiffs' Proposed Special Verdict Forms for Breach of Implied Warranty of Merchantability