# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>FCA US LLC MONOSTABLE<br>ELECTRONIC GEARSHIFT<br>LITIGATION<br><br>MDL No. 2744<br><br>This Document Relates to:<br>PERSONAL INJURY TRACK CASES | Case Number 16-md-02744<br>MDL<br><br>Honorable David M. Lawson<br>Magistrate Judge David R. Grand |

## STIPULATION OF PARTIAL DISMISSAL

Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have agreed to the dismissal of all of the claims of plaintiff Julia Aryeh, as personal representative of the Estate of Gloria Levy, against defendant FCA US LLC in this matter.

Accordingly, the parties stipulate to the dismissal with prejudice of all of the claims against the defendant by plaintiff Julia Aryeh, as personal representative of the Estate of Gloria Levy, with each party to bear its own costs, interests, or attorneys' fees.

Stipulated and Agreed on January 9, 2020:

/s/ Michael R. Williams_____
Cheryl A. Bush (P37031)
Michael R. Williams (P79827)
**BUSH SEYFERTH & PAIGE PLLC**
3001 W. Big Beaver Rd. Suite 600
Troy, MI 48084
Tel: (248) 822-7800
bush@bsplaw.com
williams@bsplaw.com

James P. Feeney (P13335)
Fred J. Fresard (P43694)
**DYKEMA GOSSETT PLLC**
39577 Woodward Avenue
Suite 300
Bloomfield Hills, MI 48304-2820
Tel: (248) 203-0700
jfeeney@dykema.com
ffresard@dykema.com
bmouzourakis@dykema.com

*Attorneys for Defendant FCA US LLC*

E. Powell Miller (P39487)
Sharon S. Almonrode (P33938)
**THE MILLER LAW FIRM, P.C.**
950 W. University Dr., Suite 300
Rochester, MI 48307
Telephone: (248) 841-2200
epm@millerlawpc.com
ssa@millerlawpc.com

*Plaintiffs' Lead Counsel and Chair of Plaintiffs' Steering Committee*

/s/ Christopher R. Pitoun (with consent)
Steve W. Berman
Thomas E. Loeser
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Tel: (206) 623-7292
steve@hbsslaw.com
toml@hbsslaw.com

Robert B. Carey
**HAGENS BERMAN SOBOL SHAPIRO LLP**
11 W. Jefferson St, Suite 1000
Phoenix, AZ 85003
Tel: (602) 840-5900
rob@hbsslaw.com

Christopher R. Pitoun
**HAGENS BERMAN SOBOL SHAPIRO LLP**
301 N. Lake Avenue, Suite 920
Pasadena, CA 91101
Tel: (213) 330-7150
christopherp@hbsslaw.com
*Attorneys for the Personal Injury Plaintiff*