# Exhibit B

Page 1

1                    UNITED STATES DISTRICT COURT

2                    EASTERN DISTRICT OF MICHIGAN

3                         SOUTHERN DIVISION

4      IN RE: FCA US LLC

5      MONOSTABLE ELECTRONIC

6      GEARSHIFT LITIGATION          Case No. 16-md-02744

7            MDL No. 2744

8      ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

9

10                      VIDEO DEPOSITION OF

11                      DAVID CADES, Ph.D.

12

13

14                      January 25, 2019

15                         9:12 a.m.

16

17            10 South Wacker Drive, Suite 2300

18                      Chicago, Illinois

19         Deanna Amore - CRR, RPR, CSR - 084-003999

20

21

22

23                 VERITEXT LEGAL SOLUTIONS

                   MID-ATLANTIC REGION

24            1801 Market Street - Suite 1800

              Philadelphia, Pennsylvania 19103

25

Page 2

1                    APPEARANCES OF COUNSEL
2
     On Behalf of the Plaintiffs:
3
                  GREG COLEMAN LAW
4                 MS. RACHEL SOFFIN
                  MR. ADAM A. EDWARDS
5                 800 S. Gay Street
                  Suite 1100
6                 Knoxville, Tennessee 37929
                  (865) 86-8541
7                 rachel@gregcolemanlaw.com
                  adam@gregcolemanlaw.com
8                      - and -
                  KESSLER TOPAZ MELTZER CHECK
9                 MR. PETER A. MUHIC
                  280 King of Prussia Road
10                Radnor, Pennsylvania 19087
                  (610) 822-0256
11                pmuhic@ktmc.com
12   On Behalf of the Defendant, FC US LLC:
13                DYKEMA GOSSETT
                  MR. FRED J. FRESARD
14                39577 Woodward Avenue
                  Suite 300
15                Bloomfield Hills, Michigan  48304
                  (248) 203-0593
16                ffresard@dykema.com
17
18
19                     *   *   *   *   *
20
21
22
23
24
25

Page 3

```
 1                      I N D E X
 2    WITNESS                          EXAMINATION
 3    DAVID CADES, Ph.D.
 4       EXAMINATION BY MS. SOFFIN                6
 5                      EXHIBITS
 6      NUMBER            DESCRIPTION          PAGE
 7      Exhibit 93       Report of Douglas Young,    7
 8                       Ph.D. and David Cades,
 9                       Ph.D.
10      Exhibit 94       FCA Transmission            82
11                       Electronic Shift Lever
12                       Important Safety Recall
13                       S27/NHTSA 16V-240;
14                       MCPS012178
15      Exhibit 95       FCA Transmission            82
16                       Electronic Shift Lever
17                       Important Safety Recall
18                       S27/NHTSA 16V-240;
19                       MCPS012177
20      Exhibit 96       Thumb Drive of Expert      102
21                       File
22    (Exhibit 96 was retained by counsel for
23    plaintiff.)
24
25
```

1    report?

2         A.    Sorry.

3         Q.    That's okay.

4         A.    Not to my knowledge.

5         Q.    Have you written any publications on

6    consumer purchase behavior?

7         A.    I do have publications that touch on

8    aspects of consumer purchase behavior.

9         Q.    Which ones?

10        A.    So if you look at the publication list on

11   page 3, the first paper, Hoyos, et al.

12        Q.    I'm slow.  Give me a minute.

13             Okay.  What about consumer purchase

14   behavior was addressed in this publication?

15        A.    That paper looked at aspects of advanced

16   driver technology and whether or not various

17   consumers would be interested in purchasing it,

18   whether they wanted those technologies and their

19   general perceptions of the technologies.

20        Q.    And Dr. Lester -- or sorry -- Hoyos, what

21   is Hoyos's background?

22        A.    Dr. Hoyos has a Ph.D. in psychology,

23   I believe.

24        Q.    And Lester?

25        A.    Dr. Lester has a Ph.D. in psychology.

Page 43

1    consumer behavior as it relates to purchasing

2    products and specifically automobiles.

3        Q.    Have you performed any of this research?

4        A.    Not beyond what we have discussed earlier

5    with respect to the research and publications

6    I have looking at individual's desires with respect

7    to purchasing vehicles with advanced vehicle

8    technology.

9        Q.    Just those two studies that you pointed to

10    in your list?

11        A.    I believe so, yes.

12        Q.    Are you offering an opinion in this case

13    on economic damages or monetary value?

14        A.    The analysis that I've performed with

15    respect to purchase decision shows that it is

16    unlikely and that the various individuals among the

17    named plaintiffs, as well as the broader putative

18    class, would not be similarly affected by the

19    inclusion of the monostable shifter, a presentation

20    of any type of disclosure or recall notice as well

21    as the implementation of the recall remedy.

22        Q.    Does that mean you're offering an opinion

23    on economic damages?

24        A.    Not to a specific number, but to the

25    presence and type of any specific damage, I would

Page 44

1      say yes.

2          Q.   Are you offering any opinions on the

3      engineering or design of the gearshift?

4          A.   Yes.

5          Q.   In what capacity?

6          A.   Looking at the design and implementation

7      of the monostable shifter -- is it okay if I refer

8      to them as the "class vehicles"?

9          Q.   Yes.

10         A.   The design and implementation of

11     monostable shifter in the class vehicles from a

12     human factors perspective.

13         Q.   Have you ever designed a gearshift?

14         A.   I have not.

15         Q.   What kind of car do you drive?

16         A.   I currently drive a Land Rover Discovery

17     Sport.

18         Q.   What kind of gearshift does that have?

19         A.   An electronic rotary shifter.

20         Q.   Do you like it?

21         A.   I have no particular opinion on it.  It

22     allows me to shift from one gear to the next.

23         Q.   Going back to the science of purchase

24     decisions, are there subsets within the science

25     like food?  Automobiles?  Vacations?

Page 47

1       A.   I'm sorry.  Could you repeat the question?

2       Q.   What education do you have relating to

3    consumer purchase behavior?

4       A.   Specifically from an education

5    perspective, I took courses with respect to

6    usability, user center design and using that

7    information to evaluate individuals' and consumers'

8    interactions with and desires for products.

9       Q.   And that's the same thing as purchase

10   behavior?

11      A.   It is certainly related to the activities

12   that individuals go through in purchasing a

13   product.   And, additionally, my background and

14   education in human cognition and human attention

15   and the way in which folks think about and interact

16   with the environment, absolutely plays into and is

17   part of the process that individuals go through

18   when they are purchasing a product.

19      Q.   So you've taken a few college courses on

20   this topic?

21      A.   In answering your question with respect to

22   my education, my formal education in this area,

23   I believe I've answered your question.

24      Q.   Is that -- is my summary, right, though?

25   You've taken a few courses throughout your

Page 48

1   bachelor, master's and Ph.D.?  Is that a summary of

2   your education?

3       A.   With respect to my actual education and

4   teaching in that area and what I've been taught,

5   yes.

6       Q.   Have you conducted any studies or research

7   on consumer decision-making at the point of

8   purchase?

9       A.   Not specifically, no.

10      Q.   How about generally?

11      A.   Generally, I've conducted research looking

12  at consumers' and individuals' thoughts and

13  interactions and asking questions about what they

14  would purchase and when, to the extent that those

15  questions relate to their thought processes that

16  they would have at a point of purchase.  I would

17  characterize that as related to human behavior at

18  the point of purchase.

19      Q.   Is this listed in your report anywhere,

20  this research?

21      A.   In my CV, yes.

22      Q.   Which one?  Which particular research or

23  study are you referring to?

24      A.   So, again, specifically, it would be the

25  Hoyos, et al., paper, the first one listed in the

Page 54

1   with consumer purchase behavior other than what we

2   discussed?

3          A.    Through the course of my undergraduate and

4   graduate work, I was involved in numerous

5   usability, user-centered design projects that

6   involved assessing systems and projects with

7   respect to the user experience, usability with the

8   ultimate goal of improving that, such that people

9   would be more apt to use it and enjoy that

10  experience of using it more.

11         Q.    Okay.   I just want to make sure

12  I understand.   So your background in consumer

13  purchase behavior includes these two articles that

14  you've published with ongoing research, your

15  internships 18 to 19 years ago that we just

16  discussed, and the 9 to 10 months that you spent at

17  User Centric and some of the college courses that

18  we discussed and the work that you did in college?

19  Is that about it?   Am I missing anything?

20         A.    I believe you didn't characterize the

21  knowledge and understanding of human cognition and

22  attention and interaction with information that

23  absolutely applies to the science of purchase

24  decision.

25         Q.    And you have that background from what?

Page 57

1       A.    Not beyond what we've discussed.
2       Q.    Have you offered opinions about consumer
3   purchase behavior in any other cases?
4       A.    No, ma'am.
5       Q.    Have you offered opinions on consumer
6   purchase behavior in any other capacity?
7   Consulting?  Anything else?
8       A.    Yes, I have.
9       Q.    Can you give me the details of that?
10      A.    With respect to all of the various
11  projects that we have just been discussing for the
12  past 10 or so minutes, in those projects that
13  looked at the design and implementation of various
14  products, certainly, topics related to what would
15  or would not make folks more or less likely to
16  engage in the use and, if necessary, the purchase
17  of those products were discussed.
18      Q.    Have you conducted any research on price
19  negotiations at the point of purchase?
20      A.    Not specifically, no.
21      Q.    Do you have any training or education in
22  price negotiations at the point of purchase?
23      A.    Price negotiation was certainly a topic
24  covered through the course of my education with
25  respect to the individual characteristics and

Page 61

1      A.    There is a couple phrases, Advanced Driver

2   Assistance Systems, as well as Highly Automated

3   Vehicles.

4      Q.    Would that involve studying safety in

5   general or safety with respect to those advanced

6   vehicle systems?

7      A.    My recollection is that it was both.  I'd

8   have to go back and check specifically to answer

9   that question directly.

10      Q.    Would that be noted in those publications?

11      A.    Yes, ma'am, I do believe it would.

12      Q.    Have you ever been qualified in court to

13   testify as an expert in the field of consumer

14   purchase behavior?

15      A.    No, I have not.

16      Q.    Do you have any experience about whether

17   conjoint analysis is a reliable tool for measuring

18   consumer preferences for various attributes in

19   motor vehicles?

20      A.    I don't have any specific opinions about

21   conjoint analysis.

22      Q.    On page 36 you say "Scientific

23   research" -- I'll give you a minute -- on page 36

24   you say "Scientific research demonstrates that

25   consumers tend to be highly heterogenous in terms

Page 75

1    instructions or warnings, as you call them, in the

2    owner's manual, User Guide and tip card that we

3    talked about?

4         A.    Beyond -- I performed an assessment of the

5    named and deposed plaintiffs' use of that

6    information.

7         Q.    Anything beyond that?

8         A.    I leveraged the scientific literature

9    available with respect to the use of such

10   information.

11        Q.    Have you spoken with any of the plaintiffs

12   in this case?

13        A.    No, ma'am, I have not.

14        Q.    So you have not performed a study, a

15   scientific study of the effectiveness generally of

16   the warnings and instructions, as you call them, in

17   the owner's manual, user's guide, and tip card

18   beyond reviewing the plaintiffs' deposition

19   testimony?

20        A.    And applying the scientific literature

21   with respect to those materials.

22        Q.    Is that correct?

23        A.    With my caveat, I agree with that

24   characterization.

25        Q.    And there is nothing you think FCA could

Page 100

1          Are you pulling up the studies on your

2     computer now when I'm asking questions?  Is that

3     what you're doing?

4          A.   Yes, I am.

5          Q.   When you have an opportunity or at your

6     earliest opportunity, can you provide a copy of all

7     of your publications and studies that you've

8     referenced in your report to your attorneys?

9          MS. SOFFIN:  And when you have an opportunity,

10    can you provide them to me?

11         MR. FRESARD:  I'm handing you a thumb drive.

12         MS. SOFFIN:  You are so ready.

13         MR. FRESARD:  I'm not sure what's on there or

14    not.

15    BY MS. SOFFIN:

16         Q.   Is this thumb drive you've just handed me

17    exhaustive of all the publications you authored

18    yourself and all the studies you relied upon and

19    cited in your report?

20         A.   No.

21         Q.   What's missing?

22         A.   That thumb drive contains the entirety of

23    my file in this case.  It does not contain all of

24    the publications that I've authored.

25         Q.   Whatever is missing, at your earliest

Page 101

1    convenience, can you provide it to your attorney

2    for evaluation and provision to us?

3        A.    If requested, yes.

4        Q.    I'm requesting it.

5        MR. FRESARD:  What are you specifically

6    requesting?

7        MS. SOFFIN:  Any publications that are

8    missing -- that were missing from here.

9    BY MS. SOFFIN:

10       Q.    Some of your own publications are not on

11   here; correct?

12       A.    That is correct.

13       Q.    Some are and some are not on here?

14       A.    I'm not sure if any of my publications are

15   on there.

16       Q.    Okay.  So I'll just say, at your earliest

17   convenience, can you please gather a copy of all

18   the publications that you've referenced in your

19   report and provide them to your attorney.

20       MS. SOFFIN:  And then when you have an

21   opportunity, we'd like a copy of those

22   publications.

23       MR. FRESARD:  I think the thumb drive includes

24   all of the publications except the ones the witness

25   authored.  Is that correct, Doctor?

Page 117

1     Q.   And were they asked their activities the

2   day before the testing?

3     A.   Not to the best of my knowledge.

4     Q.   How about in the hours before?

5     A.   Not to the best of my knowledge.

6     Q.   We talked before about within-subjects

7   designs and between-subjects designs.  And I recall

8   you describing within-subjects, but I'm not sure

9   whether we got to between.  Can you describe a

10   between-subjects design for me?

11     A.   Sure.

12          A between-subjects design involves an

13   experiment, and talking from the social sciences,

14   where experimental conditions are not crossed

15   across people.  So different groups of participants

16   will be in different conditions, but they will not

17   all perform in all of the conditions.

18     Q.   Your subject was a between subjects --

19   your study was a between-subjects design; is that

20   right?

21     A.   With respect to the independent variable

22   of vehicle type, it was between subjects.

23     Q.   Was it within subjects in any capacity?

24     A.   I would characterize this was a mixed

25   design.

Page 124

1    any of the 12 participants who test drove the BMW

2    were out partying the night before or any of the

3    12 participants that drove the Chrysler 300 were

4    not; correct?

5         A.    That would be correct.

6         Q.    You don't know whether any of the

7    12 participants who test drove the BMW might have

8    worked a 12-hour shift the day before or whether

9    any of the 12 participants that drove the

10   Chrysler 300 did; is that correct?

11        A.    That is correct.  I do not.

12        Q.    So how, without this type of information,

13   can you account for the individual differences

14   between the subjects?

15        A.    The entire purpose of including a group of

16   subjects is necessarily to account for those

17   individual differences.  Any time that an

18   experiment is run and data are collected, as a

19   social scientist, a human factors practitioner, you

20   expect there would be variability among

21   participants.  There is one thing that you can

22   count on, is that individuals perform differently,

23   react differently to information and are inherently

24   heterogenous.

25             So by collecting data from multiple people

Page 126

1  for those variables.  With respect to all of the

2  other variables, the countless other variables, in

3  order to understand the influence of those

4  variables on your data, one way to do that is to

5  collect data from multiple people and look at the

6  variability within the data set.

7      Q.   What data did you collect here to look at

8  the variability?

9      A.   Specifically, we recorded video.  There

10 are four videos, video cameras in each vehicle to

11 record the information out the windshield, the

12 information on the dashboard, the driver's head and

13 eye position, as well as video data of the

14 gearshift.  The gearshifts were further

15 instrumented to record their displacement, as well

16 as the timing and force that was associated with

17 their movement.  Additionally, survey data were

18 collected.

19     Q.   What survey data?

20     A.   For a subset of the participants --

21     Q.   What page are you on?

22     A.   78.

23          "A subset of the participants,

24 specifically those who drove the 2013 Chrysler 300

25 and 2015 Jeep Cherokee, were asked additional

Page 134

1    Q.   And do you know whether it was

2  recalibrated before each driver's test?

3    A.   I do not believe that was done, nor do

4  I believe that it's necessary.

5    Q.   Going to page 68 under "Turning Task,"

6  within that first paragraph in that section, it

7  says "Participants were not limited to a

8  three-point-turn and can go forward and in reverse

9  if they desired."

10    Did some participants perform more

11  maneuvers than others?

12    A.   There was certainly variability in the way

13  that maneuver was performed by participants in

14  terms of the number of specific forward and back

15  movements they made.

16    Q.   Is that documented anywhere?

17    A.   That is certainly captured in both the

18  video data as well as the raw data.

19    Q.   When you say raw "data," what are you

20  referring to?

21    A.   The data that you had referred to just

22  briefly.

23    Q.   Was there someone taking notes as well in

24  the vehicle?

25    A.   Again, with respect to notes taken in the

Page 135

1    vehicle, those were with respect to the camera

2    stopped working or the battery died or other issues

3    with respect to that.   As far as the data that were

4    collected for these in the analysis, the entirety

5    of those data were done through a combination of

6    the videos, the vehicle instrumentation as well as

7    the surveys.

8         MS. SOFFIN:   We'll make a request for all of

9    those videos, the raw data related to the vehicle

10   instrumentation, the survey results that you just

11   discussed.

12        Fred, I'm sorry.   I didn't clarify that.   I was

13   directing that question to you, please.   I can put

14   all of this in writing after.   I think there is a

15   lot.   I'll clean it up.   I just want to put it on

16   the record, make sure there is access to it and so

17   it can get to you and, ultimately, get to us.

18   BY MS. SOFFIN:

19        Q.   Also, any notes taken, do you have access

20   to that?   Notes taken in the vehicle?

21        A.   To the extent they still exist, we would

22   still have them.

23        Q.   Were any discarded?   Notes?

24        A.   No.

25        Q.   Page 70.   Table 3 says "Parentheses are

Page 184

```
1              C E R T I F I C A T E

2

3         I, DEANNA AMORE, a Shorthand Reporter and

4    notary public, within and for the State of

5    Illinois, County of DuPage, do hereby certify:

6         That DAVID CADES, PH.D., the witness whose

7    examination is hereinbefore set forth, was first

8    duly sworn by me and that this transcript of said

9    testimony is a true record of the testimony given

10   by said witness.

11        I further certify that I am not related to

12   any of the parties to this action by blood or

13   marriage, and that I am in no way interested in the

14   outcome of this matter.

15

16        IN WITNESS WHEREOF, I have hereunto set my

17   hand this 28th day of January 2019.

18

19

20   _____

21   Deanna M. Amore, CRR, RPR, CSR

22

23

24

25
```