UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Sarah Lalli, et al.,

                Plaintiff(s),

v.                                                              Case No. 2:16–md–02744–DML–DRG
                                                   Hon. David M. Lawson

Rockaway Chrysler Dodge Jeep
Ram, et al.,

                Defendant(s),

## NOTICE OF MOTION HEARING

You are hereby notified to appear before District Judge David M. Lawson at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan. Please report to Room 767. The following motion(s) are scheduled for hearing:

        Motion for Summary Judgment – #592
        Motion – #595
        Motion – #596
        Motion – #597
        Motion – #598

- MOTION HEARING: July 2, 2020 at 10:30 AM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                        By: s/S. Pinkowski
                                             Case Manager

Dated: April 30, 2020