Exhibit 4

Page 1

```
 1
 2   UNITED STATES DISTRICT COURT
     EASTERN DISTRICT OF MICHIGAN
 3   SOUTHERN DIVISION
     ------------------------------------------X
 4   IN RE:  US LLC MONOSTABLE ELECTRONIC
     GEARSHIFT LITIGATION,
 5
        MDL NO. 2744
 6
     This Document Relates to:
 7
     SOPHIE MANNARINO and MICHAEL MENNA, as
 8   Co-Administrators for the Estate of
     MICHAEL J. MANNARINO, a/k/a MICHAEL J.
 9   MANNARINO, JR.,
10
                                    PLAINTIFFS,
11
12           -against-        Case No.:
                              2:16-md-02744
13                            DML-DRG
14                          17-cv-07444-NGG-JO
15   FCA US LLC, ROCKAWAY CHRYSLER DODGE JEEP
     RAM, ZF NORTH AMERICA, INC. and JOHN DOES
16   1-100,
17                              DEFENDANTS.
     ------------------------------------------X
18
19
20
21
22        (Caption Continued on Next Page.)
23
24
25
```

Page 2

1

2                    DATE:  February 3, 2020

3                    TIME:  10:13 A.M.

4

5            DEPOSITION of the Non-Party

6     Witness, MALIK WRIGHT, taken by the

7     Respective Parties, pursuant to a Subpoena

8     and to the Federal Rules of Civil

9     Procedure, held at the offices of Diamond

10    Reporting, Inc., 16 Court Street, Brooklyn,

11    New York 11241 before Lynda Adam, a Notary

12    Public of the State of New York.

13

14

15

16

17

18

19

20

21

22

23

24

25

```
                                        Page 14
 1                   WRIGHT
 2    Brooklyn.
 3          A.     Yes.
 4          Q.     Do you have any recollection of
 5    an incident on that date at that location,
 6    9714 Seaview Avenue?
 7          A.     Yes.
 8          Q.     What can you tell us about what
 9    you recall.
10          A.     Yes, responding to the
11    accident, came over as a pedestrian struck,
12    but when we got there, there was a
13    gentleman lying in the middle of the road,
14    like, in the parking lot, --
15          Q.     Right?
16          A.     -- the asphalt.
17          Q.     Right?
18          A.     And bystanders -- you know, I
19    asked, interviewed several bystanders, and
20    asked if they had seen anything or --  I
21    asked the victim, I asked the guy -- you
22    know, the gentleman who was on the ground,
23    if -- what happened to him?  He was unable
24    to really tell me what happened.
25          Q.     All right.
```

Page 15

```
  1                   WRIGHT
  2        A.     Nobody said -- you know --
  3   (indicating).  The bystanders nearby did
  4   not see anything, they did not see what
  5   happened.  Nobody could say what occurred.
  6        Q.     All right.
  7        A.     You know, just called for an
  8   ambulance, and got him on the ambulance,
  9   and got him to the hospital.
 10        Q.     Okay.
 11        A.     His car was --  his car was --
 12   in a parking spot, but it was --  on, and
 13   it was in gear, and like -- in reverse,
 14   like, and pressed up against another car.
 15        Q.     All right.
 16        A.     I went into the car, and -- put
 17   it in gear, and I re-parked it, and turned
 18   it off.
 19        Q.     Okay.
 20        A.     But it was several --  several
 21   --  like, yards from him, away from him,
 22   and -- yeah?
 23        Q.     Okay.  Now, you gave us a lot
 24   of information.
 25                I'm just going to break it down
```

Page 34

1                   WRIGHT
2        Q.    And then, at some point, do you
3   go over to his vehicle?
4        A.    Yes.
5        Q.    And does your partner stay with
6   Mr. Mannarino, at that point?
7        A.    I believe so.
8        Q.    Okay.
9        A.    Yeah?
10        Q.    Now, when you walked over to
11   his vehicle, did you look inside?
12        A.    Yes.
13        Q.    Did you observe any contents
14   inside the vehicle?
15        A.    No?  No, not that I can recall,
16   no.
17        Q.    Was the engine running?
18        A.    Yes, the vehicle was on.
19        Q.    Do you recall whether there was
20   a key for the ignition, or whether it was a
21   push button?
22        A.    I can't remember exactly.
23        Q.    Okay.
24        A.    I don't recall exactly.
25        Q.    So after looking in the

Page 35

                              WRIGHT
1
2    vehicle, did you do anything, before you
3    get into the driver's seat?
4         A.    Not that I recall?
5         Q.    Okay.
6         A.    No.
7         Q.    And how did you make the
8    determination that the vehicle was in
9    reverse?
10        A.    The -- the motion that it was
11   --  it was going; it was like --  it was
12   trying to move backwards, like when it was
13   --  up against the other vehicle, it wasn't
14   trying to go forward, it was stuck, so --
15   (Indicating.)  And the -- the door was
16   pressed up against it, so --  (Indicating.)
17             The door was stopping it from
18   continuing to move backwards.
19             So when I shifted it -- you
20   know, to straighten it out --  you know, I
21   took it out of that gear.
22        Q.    All right.  Now, do you recall
23   whether you had to --  do you recall
24   whether the parking brake was on when you
25   got into the vehicle?

Page 82

```
 1                    WRIGHT
 2            C E R T I F I C A T E
 3
 4   STATE OF NEW YORK       )
                             :   SS.:
 5   COUNTY OF SUFFOLK       )
 6
 7        I, LYNDA ADAM, a Notary Public for
 8   and within the State of New York, do hereby
 9   certify:
10        That the witness whose examination is
11   hereinbefore set forth was duly sworn and
12   that such examination is a true record of
13   the testimony given by that witness.
14        I further certify that I am not
15   related to any of the parties to this
16   action by blood or by marriage and that I
17   am in no way interested in the outcome of
18   this matter.
19        IN WITNESS WHEREOF, I have hereunto
20   set my hand this 3rd day of February 2020.
21
22
23   _____
              LYNDA ADAM
24
25
```