# INDEX OF EXHIBITS

| Exhibit | Description |
| --- | --- |
| 1 | Deposition Transcript (Excerpts) of Stiven Stefanoski |
| 2 | Deposition Transcript (Excerpts) of Brian Wagoner |
| 3 | April 2009 Electronic Shifter Assessment |
| 4 | Deposition Transcript (Excerpts) of Mitchell Clauw |
| 5 | June 2010 Lextant Study |
| 6 | Deposition Transcript (Excerpts) of Kristin Kolodge |
| 7 | Aug. 31, 2010 Email to S. Marchionne |
| 8 | September 2010 Lextant Study |
| 9 | Oct. 6, 2010 PC Meeting Minutes – **REDACTED pursuant to ECF No. 392** |
| 10 | November 2010 "Investigate" Bulletin |
| 11 | Nov. 2010 PC Meeting Minutes – **REDACTED pursuant to ECF No. 392** |
| 12 | Nov. 20, 2010 PC Meeting Slides |
| 13 | October 2010 Lextant Study |
| 14 | Dec. 11, 2010 PC Meeting Slides |
| 15 | Feb. 2, 2011 Email from Ben Dow |
| 16 | Deposition Transcript (Excerpts) of Jim Bielenda (FCA Corporate Rep.) |
| 17 | July 2011 Email Thread |
| 18 | CAIR Report – MCPS006228 |
| 19 | CAIR Report – MCPS006235 |
| 20 | CAIR Report – MCPS006237 |
| 21 | Electronic Shifter Responses |
| 22 | Jan. 2012 e-Shifter Survey Results |

Case 2:16-md-02744-DML-DRG   ECF No. 619-1, PageID.27913   Filed 05/19/20   Page 2 of 3

| 23 | Deposition Transcript (Excerpts) of John Mrozowski |
| --- | --- |
| 24 | Feb. 22, 2012 Monostable HMI Detent Study |
| 25 | Jan. 2012 Change Notice |
| 26 | Deposition Transcript (Excerpts) of John Zbranchik |
| 27 | Apr. 18, 2012 e-Shifter User Testing Results |
| 28 | July 2012 Email from S. Stefanoski |
| 29 | August 2012 Lextant Study |
| 30 | Aug. 29, 2012 e-Shifter User Testing Results Report |
| 31 | Aug. 3, 2012 Tenbrink Email |
| 32 | NHTSA-ODI Resume 1 |
| 33 | NHTSA-ODI Resume 2 ("Closing Report") |
| 34 | May 2016 Recall Notice |
| 35 | Safety Defect Report |
| 36 | 2016 Retrofit Email Thread |
| 37 | June 2016 Recall Notice |
| 38 | Expert Report of Dr. Craig Rosenberg |
| 39 | Deposition Transcript (Excerpts) of Plaintiff Debra Felker |
| 40 | Deposition Transcript (Excerpts) of Danielle Hackett |
| 41 | Post-Recall NHTSA Complaints |
| 42 | Recent NHTSA Complaints |
| 43 | Declaration of E. Powell Miller |
| 44 | 2009 Cygnus Transmission Study |
| 45 | August 2011 E-Shifter Study |
| 46 | November 3, 2010 Email Thread |
| 47 | Letter from Jaguar Land Rover |
| 48 | October 6, 2010 PC Meeting Slides |

| 49 | Deposition Transcript (Excerpts) of Mark Chernoby |
| --- | --- |
| 50 | Deposition Transcript (Excerpts) of Stephen Williams |
| 51 | Deposition Transcript (Excerpts) of Plaintiff Casey Perkins |
| 52 | Deposition Transcript (Excerpts) of Plaintiff Clare Colrick |
| 53 | Deposition Transcript (Excerpts) of Plaintiff Mary Metzger |