# Exhibit 17

Message

**From:** Alan Amici [/O=MMS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=ALAN AMICIDBD56A1B-3F61-4BB6-BABC-3B838F65189B]
**Sent:** 7/31/2011 10:21:05 PM
**To:** Brian Wagoner [/O=MMS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Brian Wagoneracc84cc3-c746-4672-8077-98958edf9da4]
**CC:** Benedetto Dicicco [/O=MMS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Benedetto Dicicco8b4aa3f5-85ac-47d4-8cf3-9b4a6879c500]
**Subject:** RE: 2012 Charger E-shift Issues - tunability options

Ok. May have to make a go-nogo decision this week.

Let's get the options on the table.

Al

**From:** Brian Wagoner
**Sent:** Thursday, July 28, 2011 5:20 PM
**To:** Alan Amici; Benedetto Dicicco; Sandra Hosler
**Cc:** Chris Barman
**Subject:** RE: 2012 Charger E-shift Issues - tunability options

All – have started the drill down on this with ZF/L, more discussion tomorrow & into next week.

Overview (most of you know/have seen these considerations from the initial work integrating this concept into our application)

-shifter assembly travel is constrained to current angular range of motion by solenoid array, sensor & PCB layout, housing geometry, and probably others. Increasing the lever length to provide a greater knob throw is not possible due to load limit considerations

-the detent system has been previously assessed for overshoot vs. effort to get into park; the best design combination available within program timing was implemented

-the detent system is comprised of the following primary components: spring, plunger guide, plunger, and detent "plate"

-detent spring is the only one of these components that is short lead time to modify

-no clear spring improvement is known of at this time

-No clear "ideal curve" currently exists for this type of shifter; part of the optimization challenge will be to get as close to one of these as may be possible.

-any potential modifications toward improvement will likely require modification to the guides, plungers, detent plates, mounting points, related geometry, etc.

-team getting into details of ZF design simulation/analysis vs. empirical development process

-resources, development time, & implementation lead times will need addressed

A timeline approach to this needs to be put together; Engineering & ZF/L will continue with that. Other than a direct increase in detent spring load (with all related concerns) nothing is going to be short term.

I hope to have a further update Monday.

Thanks,

    Brian


**From:** Brian Wagoner
**Sent:** Tuesday, July 26, 2011 5:56 PM
**To:** Alan Amici; Benedetto Dicicco; Sandra Hosler
**Subject:** RE: 2012 Charger E-shift Issues

Al – am getting into this with ZF/L, will go into control factors and opportunities/timing for tuning.

Thanks,

Brian

**From:** Alan Amici
**Sent:** Tuesday, July 26, 2011 12:31 PM
**To:** Benedetto Dicicco; Brian Wagoner; Sandra Hosler
**Subject:** Fw: 2012 Charger E-shift Issues

Pls look at tunability options.
Al

**From:** Alan Amici
**Sent:** Tuesday, July 26, 2011 11:01 AM
**To:** Mark Chernoby; Chris Barman
**Subject:** Re: 2012 Charger E-shift Issues

Experienced the same myself...though not to the degree of the author. Checking on latitude of tuning.
Al

**From:** Mark Chernoby
**Sent:** Tuesday, July 26, 2011 09:14 AM
**To:** Chris Barman; Alan Amici
**Subject:** Fw: 2012 Charger E-shift Issues

This is a strong response. Do we need to stop and do whatever needs to be done to shifter gates?

**From:** Ralph Gilles
**Sent:** Tuesday, July 26, 2011 09:11 AM
**To:** Joe Chryczyk; Mark Chernoby
**Subject:** Re: 2012 Charger E-shift Issues

Thanks for the detailed feedback...this has been a challenge. The system is a clone of the Audi A8 which performed best second only to the rotary knob in the teams various clinics (Of the electronic type) The Reverse part is the blocker as it requires an un-intuitive forward motion....

Believe it or not there has been over two years of study on this!!!

Mark will be intouch we'll see what we can do to help the customer.

Thank you,

R


**From**: Joe Chryczyk
**Sent**: Tuesday, July 26, 2011 09:00 AM
**To**: Mark Chernoby
**Cc**: Ralph Gilles
**Subject**: 2012 Charger E-shift Issues


Mark,

Last week I took delivery of my 2012 Fast-Feedback Charger equipped with the 3.6L and 8-speed e-shift trans and was not very impressed with the functionality of the shifter. I was so disappointed that I immediately input my negative comments into the Driver Report Entry System. I mentioned it to Ralph and he urged me to drop you a note with my concerns.

Upon delivery, the employee at the Marshaling Center explained that this vehicle had the e-shifter which required applying the brake and pushing down on the shifter button to change gears. Sounded fairly simple so I applied the brake, pushed down on the button and pulled the shifter back and it immediately went into drive. Seemed simple enough, so down the road I went. I didn't realize any issues until I had to to shift into reverse when backing into my parking spot. It seemed I couldn't "find" reverse. I kept going from park to neutral, always seeming to go right over reverse. It made me feel like an idiot because someone had to wait for me while I was screwing around with the shifter and trying to get my car out of the isle and into the parking spot. That was all compounded when it became necessary to go from reverse to drive to reverse multiple times, while navigating my vehicle into the tight spot. The best word I can use to explain the shifter function is "awkward".

All the while, all I could think was... who designed this?... why is it configured in this way?... am I an idiot? So, I set out to prove to myself that I wasn't a complete moron (at least when it came to operating a vehicle), and tried to get some of my family members and friends into the car over the weekend to test the new shifter. Thankfully, it was overwhelmingly in my favor and no one found it very user friendly! I had eight people try the shifter and everyone had the exact same problems as I did (park to reverse problem). They all seemed to spend a lot of time in neutral, mostly because they forgot to put their foot on the brake or fully pushing the shifter button down. Most of them found another issue that made them very uncomfortable and that was putting the vehicle back into park. They all were afraid to take their foot off the brake pedal because they were unsure the vehicle was actually in park (until I told them to look at PRNDL light). I was relieved that they experienced the same issues that I did. Unfortunately, that also meant that we are about to send a vehicle into production that may not appear to function properly.

I know that it may take time to get used to this new configuration but my question is, "why can't the shifter function the same way our current shifters function or even the same way Ford, GM, Toyota and everyone else's shifters currently function... or even those dating back to the invention of the automatic transmission?"

I would bet that right now you can take any average person, put him/her into a current production vehicle with an automatic trans, remove any and all PRNDL lettering/lights, give them the keys and they could easily drive off without

any problem. I would also venture to say that some may not even notice that anything is even missing because we're so used to the way shifters normally operate, we hardly ever look at the PRNDL lettering to check what gear we're in because we just know.

The good news is that everyone loved the feel of the t-handle shifter and thought it looked "cool".

As of today, I have had this vehicle for 6 days. This morning I pulled the shifter back into reverse and it went into neutral. I know that I need to go slower but I have been programmed for years on how to operate an automatic transmission and it will take time to change. Until then, I guess I'll fumble around with this e-shifter until I get it right.

I'm not trying to bash the new e-shifter or the team that is developing it. I am simply trying to give my initial and honest opinion of my perception of it.

Thank in advance for listening!

By the way, the 8-speed trans is fantastic! Very smooth shifts under normal acceleration. Feels great.

Mileage has been 26-29 city and 34-38 highway… and I don't baby my vehicles either.

Joe Chryczyk

248-576-1269

Confidential    MCPS162666