UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: FCA US LLC MONOSTABLE
ELECTRONIC GEARSHIFT LITIGATION

MDL No. 2744

Case Number 16-md-02744
Honorable David M. Lawson
Magistrate Judge David R. Grand

_____/

### ORDER GRANTING IN PART MOTION TO ESTABLISH ADDITIONAL PRETRIAL PROCEDURES

This matter is before the Court on the plaintiffs' motion to establish additional pretrial procedures and deadlines. The Court has reviewed the submissions of the parties and heard oral argument on May 20, 2020. During the hearing the Court announced from the bench its decision to grant in part the plaintiffs' motion.

Accordingly, it is **ORDERED** that the plaintiffs' motion to establish additional pretrial procedures and deadlines is **GRANTED IN PART** as follows. The parties must serve their final pretrial disclosures under Federal Rule of Civil Procedure 26(a)(3) **on or before June 11, 2020**. As part of those disclosures, in addition to identifying witnesses and exhibits, the parties also must identify any deposition excerpts that may be used at trial. The plaintiffs' motion is **DENIED** in all other respects, and all other provisions of the previously issued case management and scheduling orders issues by the Court, as amended, remain in full force and effect.

s/David M. Lawson
DAVID M. LAWSON
United States District Judge

Dated:  May 20, 2020