UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Sarah Lalli, et al.,

Plaintiff(s),

v.                                                   Case No. 2:16–md–02744–DML–DRG
                                                     Hon. David M. Lawson
Rockaway Chrysler Dodge Jeep
Ram, et al.,

Defendant(s),

_____

## NOTICE OF MOTION HEARING

   You are hereby notified to appear before District Judge David M. Lawson at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan.  Please report to Room 767.  The following motion(s) are scheduled for hearing:

          Motion – #614

   • MOTION HEARING:  July 2, 2020 at 10:30 AM

### Certificate of Service

   I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                         By: s/S. Pinkowski_____
                              Case Manager

Dated:  May 21, 2020