UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: FCA US LLC MONOSTABLE
ELECTRONIC GEARSHIFT LITIGATION

MDL No. 2744

Case Number 16-md-02744
Honorable David M. Lawson
Magistrate Judge David R. Grand

_____/

SOPHIE MANNARINO, as administrator for
the Estate of MICHAEL J. MANNARINO,
a.k.a. MICHAEL J. MANNARINO, JR.,

Plaintiff,
v.

Case Number 18-10173
Honorable David M. Lawson

FCA US, LLC,

Defendant.

_____/

## ORDER DIRECTING PLAINTIFF TO RESPOND

On May 20, 2020, the Court issued an order granting in part the defendant's motion to exclude certain experts and also granting the plaintiff's request to extend expert disclosure deadlines in this personal injury matter. On May 28, 2020, the defendant filed a motion for "clarification or reconsideration" of that order. The Court has reviewed the defendant's motion and finds that it warrants a response.

Accordingly, it is **ORDERED** that the plaintiff must file a response to the defendant's motion for clarification or reconsideration (ECF No. 633) **on or before June 23, 2020**.

s/David M. Lawson
DAVID M. LAWSON
United States District Judge

Dated:  June 10, 2020