UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: FCA US LLC MONOSTABLE
ELECTRONIC GEARSHIFT LITIGATION

MDL No. 2744

_____/

Case Number 16-md-02744
Honorable David M. Lawson
Magistrate Judge David R. Grand

CARL ERICKSON,

      Plaintiff,

v.

FCA US, LLC,

      Defendant.

_____/

Case Number 19-12435
Honorable David M. Lawson

## ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME TO RESPOND

The matter of *Erickson v. FCA US, LLC*, No. 19-12435 is before the Court on the plaintiff's unopposed motion to extend the time for filing his opposition to the defendant's motion for summary judgment. The Court has reviewed the motion and finds that it should be granted.

Accordingly, it is **ORDERED** that the plaintiff's unopposed motion to extend time to respond (ECF No. 672) is **GRANTED**, and the plaintiff must file his response to the defendant's motion for summary judgment **on or before August 27, 2020**.

                                                s/David M. Lawson
                                                DAVID M. LAWSON
                                                United States District Judge

Dated:  August 24, 2020