UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: FCA US LLC MONOSTABLE
ELECTRONIC GEARSHIFT LITIGATION

MDL No. 2744

Case Number 16-md-02744
Honorable David M. Lawson
Magistrate Judge David R. Grand

_____/

### ORDER DENYING MOTION TO WITHDRAW

On January 19, 2021, attorneys Elizabeth Fegan and Jason Zweig filed a motion for leave to withdraw their appearances as counsel of record for the plaintiffs.  However, the motion did not indicate that counsel for the plaintiffs sought concurrence in the relief requested from counsel for the defendant before filing the motion, as the plaintiffs' attorneys were required to do under the local rules of this Court.  In this district, movants must seek concurrence in the relief requested before filing a motion with the Court.  E.D. Mich. LR 7.1(a).  If concurrence is obtained, the parties then may present a stipulated order to the Court.  If concurrence is not obtained, Local Rule 7.1(a)(2) requires that the moving party state in the motion that "there was a conference between the attorneys . . . in which the movant explained the nature of the motion and its legal basis and requested but did not obtain concurrence in the relief sought [] or . . . despite reasonable efforts specified in the motion, the movant was unable to conduct a conference." E.D. Mich. LR 7.1(a)(2).  Plaintiffs' counsel did not state in their motion that concurrence was sought from counsel for the defendant before the motion was filed, and the motion therefore will be denied.  However, the denial will be without prejudice to renewal after plaintiffs' counsel has complied with the applicable court rules.

Accordingly, it is **ORDERED** that the motion to withdraw (ECF No. 697) is **DENIED**

- 2 -

without prejudice.

                                                  s/David M. Lawson  
                                                  DAVID M. LAWSON  
                                                  United States District Judge

Date:   January 21, 2021