UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE: FCA US LLC MONOSTABLE
ELECTRONIC GEARSHIFT
LITIGATION

MDL No. 2744

Case No. 16-md-02744-DML-DRG
Hon. David M. Lawson

_____

**SOPHIE MANNARINO, as Administrator for the Estate of MICHAEL J. MANNARINO, aka MICHAEL J. MANNARINO, JR.,**

Case No. 2:18-cv- 10173-DML-DRG

    **Plaintiff,**

v.

**FCA US LLC,**

    **Defendant.**

## INDEX OF EXHIBITS

Accident Report ............................................................................................ Exhibit A

White Deposition .......................................................................................... Exhibit B

Amended Accident Report............................................................................ Exhibit C

Investigative Report ...................................................................................... Exhibit D