# Exhibit A

# MANNARINO, MICHAEL
# VS
# FCA US LLC
### 16-MD-02744-DML-DRG

**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT, SOUTHERN DIVISION**

| | |
|---|---|
| **REQUESTOR:** | MICHAEL R. WILLIAMS ESQ. (BUSH, SEYFERTH & PAIGE, PLLC) |
| **NAME ON RECORD:** | MICHAEL J. MANNARINO |
| **A/K/A:** | |
| **DEPONENT:** | NEW YORK POLICE DEPARTMENT - PRECINCT 69 |
| **TREATED BY:** | |
| **FILE #:** | |
| **FURNISHING:** | RECORDS |
| **CONTENTS/MEDIA:** | RECORDS - DIGITAL (1) |

**COPIES ORDERED BY:**

**RECORDS DEPOSITION SERVICE**          **JOB #:   159413 - 8**



**RECORDS DEPOSITION SERVICE**
MIDWEST PROCESSING CENTER
P.O. BOX 5054 · SOUTHFIELD, MI 48086-5054
P: (248) 357-3330 · F: (248) 357-3337
INFO@RECDEP.COM

# CONFIRMATION STATEMENT

TO: ATTN: SUBPOENA COMPLIANCE
NEW YORK POLICE DEPARTMENT - PRECINCT 69

9720 FOSTER AVE.
BROOKLYN NY 11236

M

**RDS JOB#:** 159413-8 RUSH
**DUE DATE:** JUNE 7, 2019
**CASE NAME:** SEE ATTACHED SUBPOENA FOR COMPLETE CASE CAPTION.
**CASE NUMBER:** 16-MD-02744-DML-DRG
**NAME ON RECORD:** MICHAEL J MANNARINO

JOB#: 159413-8 **RUSH**
DUE: **06-07-2019**

**RECORDS DEPOSITION SERVICE, INC.**
**P.O. BOX 5054**
**SOUTHFIELD, MI 48086-5054**

☐ USE ADDRESS LABEL PROVIDED
☐ FAX TO: 248.357.3337
☐ EMAIL TO: INFO@RECDEP.COM

**PLEASE SIGN AND RETURN WITH THE REQUESTED INFORMATION.**
**YOUR PERSONAL APPEARANCE IS NOT REQUIRED.**

BY SIGNING BELOW, I HEREBY CONFIRM THAT ALL REQUESTED RECORDS HAVE BEEN SUBMITTED. *

_____     _____     7 RDS
CUSTODIAN OF THE RECORDS      DATE              NUMBER OF PAGES/FILMS/PHOTOS

* **PLEASE NOTE:** IF THE FOLLOWING INFORMATION WAS REQUESTED ON THE ATTACHED SUBPOENA AND IS NOT IN YOUR POSSESSION, PLEASE CHECK THE APPROPRIATE BOX(ES) BELOW AND STATE THE REASON.

NOT AVAILABLE - PLEASE PROVIDE REASON OR INDICATE LOCATION WE SHOULD CONTACT

RECORDS ☐ _____
BILLINGS ☐ _____
PHOTOS ☐ _____
FILMS ☐ _____
BETTER COPIES ☐ _____

RDS-FORMS - C102A

# POLICE ACCIDENT REPORT (NYC)
New York State Department of Motor Vehicles
MV-104AN (7/11)

Precinct: 069
Accident No.: MV-2017-069-000258
Complaint Number:
☑ **AMENDED REPORT**

| Accident Date | Day of Week | Military Time | No. of Vehicles | No. Injured | No. Killed | Not Investigated at Scene ☑ | Left Scene | Police Photos |
|---|---|---|---|---|---|---|---|---|
| Month 2 Day 15 Year 2017 | WEDNESDAY | 15:20 | 2 | 0 | 1 | Reconstructed ☐ | ☐ | ☐ Yes ☑ No |

## VEHICLE 1
- Driver License ID Number: 285783783
- State of Lic.: NY
- Driver Name: MANNARINO, MICHAEL
- Address: 164-36 92 STREET
- City: QUEENS, State: NY, Zip: 11414
- Date of Birth: 8/20/1940, Sex: M
- No. of Occupants: 1
- Name on registration: MANNARINO, MICHAEL, Sex M, DOB 8/20/1940
- Address: 164-36 92 STREET, QUEENS, NY 11414
- Plate Number: AJB1337, State: NY, 2015 JEEP, SEDAN, Ins. Code: 11

☑ VEHICLE 2  ☐ BICYCLIST  ☐ PEDESTRIAN  ☐ OTHER PEDESTRIAN

## VEHICLE 2
- Driver License ID Number: (blank)
- Driver Name: (blank) — PARKED
- Address: (blank)
- Name on registration: ELAM, KENYA, Sex U
- Address: 5935 SHORE PARKWAY, Apt 6B, BROOKLYN, NY
- No. of Occupants: 0
- Plate Number: HFF8245, State: NY, 2013 NISSAN, SEDAN, Ins. Code: 328

### VEHICLE 1 DAMAGE CODES
- Box 1 - Point of Impact: 11
- Box 2 - Most Damage: 11

### VEHICLE 2 DAMAGE CODES
- Box 1 - Point of Impact: 6
- Box 2 - Most Damage: 7

### VEHICLE DAMAGE CODING:
1-13. SEE DIAGRAM ON RIGHT.
14. UNDERCARRIAGE
15. TRAILER
16. OVERTURNED
17. DEMOLISHED
18. NO DAMAGE
19. OTHER

**ACCIDENT DIAGRAM**
DIAGRAM ATTACHED ON SUBSEQUENT PAGE
2 SIDE SWIPE (SAME DIR)

Cost of repairs to any one vehicle will be more than $1000. ☑ Yes ☐ No

Coordinates: Latitude/Northing 40.634033, Longitude/Easting -73.88933

Place Where Accident Occurred: ☑ KINGS
Road on which accident occurred: 9714 SEAVIEW AVENUE

**Accident Description/Officer's Notes:** AT TPO OPERATOR OF VEHICLE 1 STATES HE DOES NOT REMEMBER WHAT HAPPENED, BUT HIS DRIVER SIDE DOOR COLLIDED INTO VHEICLE 2 WHICH WAS PARKED AND UNOCCUPIED. A/O ARRIVED TO LOCATION AND OBSERVED OPERATOR OF VEHICLE 1 ON THE FLOOR IN FRONT OF HIS VEHICLE. VEHICLE 1 WAS IN REVERSE. OPERATOR OF VEHICLE 1 WAS ALERT AND CONSCIOUS AT THE SCENE AND HAD NO VISIBLE INJURIES BUT COMPLAINED OF PAIN TO TORSO.

### ALL INVOLVED
| 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 BY | TO 18 | Names of all involved | Date of Death Only |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | X | 3 | 76 | M | X | X | 6 | - | 7103 | MANNARINO, MICHAEL | 02/15/2017 |

Officer's Rank and Signature: POM
Print Name in Full: SHELDON J WHITE
Tax ID No.: 951435
NCIC No.: 03030
Precinct: 069
Reviewing Officer: SGT LAUREN J ODESSA
Date/Time Reviewed: 02/16/2017 09:53

001

**PERSONS KILLED OR INJURED IN ACCIDENT** (Letter designation of persons killed or injured must correspond with letter designation on front).

| | | | | |
|---|---|---|---|---|
| **A** Last Name | First | M.I. | Last Name | First | M.I. |
| MANNARINO | MICHAEL | | | | |
| Address | | | Address | | |
| 164-36 92 STREET QUEENS NY 11414 | | | | | |
| Date of Birth: Month 8, Day 20, Year 1940 | Telephone (Area Code) | | Date of Birth | Telephone (Area Code) | |

Last Name / First / M.I. / Address / Date of Birth / Telephone (Area Code)

Last Name / First / M.I.
Highway Dist. at Scene? ☐ Yes ☑ No
Name:
Shield No.

**ENTER INSURANCE POLICY NUMBER FROM INSURANCE IDENTIFICATION CARD, EXPIRATION DATE (IN ALL CASES), AND VIN.**

Vehicle No. 1 _____  Vehicle No. 2 _____
Expiration Date _____  Expiration Date _____
VIN  1C4RJFBG8FC207082              VIN  1N4AL3AP8DC230498

**WITNESS** (Attach separate sheet, if necessary)
Name / Address / Phone

**DUPLICATE COPY REQUIRED FOR:**
☐ Dept. of Motor Vehicles (if anyone is killed/injured)
☐ Motor Transport Division (P.D. vehicle involved)
☐ NYC Taxi & Limousine Comm. (if a Licensed taxi or limousine involved)
☐ Other City Agency (Specify)
☐ Office of Comptroller (if a City vehicle involved)
☐ Personnel Safety Unit (if a P.D. vehicle involved)
☐ Highway Unit _____

**NOTIFICATIONS:** (Enter name, address, and relationship of friend or relative notified. If aided person is unidentified, list Missing Person Squad member who was notified. In either case, give date and time of notification.)

**PROPERTY DAMAGED** (other than vehicles)  |  **OWNER OF PROPERTY** (include city agency, where applicable)

**IF NYPD VEHICLE IS INVOLVED:**
Police Vehicle — Operator's First Name / Last Name / Rank / Shield No. / Tax ID. No. / Command
Make of Vehicle / Year / Type of Vehicle / Plate No. / Dept. Vehicle No. / Assigned To What Command

Equipment in Use At Time of Accident
☐ Siren ☐ Horn ☐ Turret Light ☐ 4-Way Flasher ☐ High-Level Warning Lights ☐ Traffic Cones ☐ Headlights

**ACTIONS OF POLICE VEHICLE**
☐ Responding to Code Signal
☐ Pursuing Violator
☐ Other (Describe)
☐ Complying with Station House Directive
☐ Routine Patrol

MV-104AN (7/11)                                                                                   Page 2 of 6 Pages
                                                                                                              002

# POLICE ACCIDENT REPORT (NYC)
New York State Department of Motor Vehicles
MV-104AN (7/11)

**☑ AMENDED REPORT**

- Precinct: 069
- Accident No.: MV-2017-069-000258
- Complaint Number: [blank]

**Accident Date:** Month 2, Day 15, Year 2017
**Day of Week:** WEDNESDAY
**Military Time:** 15:20
**No. of Vehicles:** 2
**No. Injured:** 0
**No. Killed:** 1
**Not Investigated at Scene:** ☑
**Reconstructed:** ☐
**Left Scene:** ☐
**Police Photos:** Yes ☐ No ☑

## VEHICLE 1 / VEHICLE 2
(Fields for License ID Number, Driver Name, Address, City/Town, State, Zip, Date of Birth, Sex, Unlicensed, No. of Occupants, Public Property Damaged, Name as printed on registration, Haz. Mat Code, Released, Plate Number, State of Reg., Vehicle Year & Make, Vehicle Type, Ins. Code, Ticket/Arrest Number(s), Violation Section(s) — all blank)

### Check if involved vehicle is:
- ☐ more than 95 inches wide;
- ☐ more than 34 feet long;
- ☐ operated with an overweight permit;
- ☐ operated with an overdimension permit.

**VEHICLE 1 DAMAGE CODES** / **VEHICLE 2 DAMAGE CODES**
Box 1 - Point of Impact
Box 2 - Most Damage
Enter up to three more Damage Codes
Vehicle Towed: By / To

### VEHICLE DAMAGE CODING:
1-13. SEE DIAGRAM ON RIGHT.
14. UNDERCARRIAGE
15. TRAILER
16. OVERTURNED
17. DEMOLISHED
18. NO DAMAGE
19. OTHER

### ACCIDENT DIAGRAM
Rear End / Left Turn / Right Angle / Right Turn / Head On / Sideswipe (same direction) / Left Turn / Right Turn / Sideswipe (opposite)

**DIAGRAM ATTACHED ON SUBSEQUENT PAGE**
**2 SIDE SWIPE (SAME DIR)**

Cost of repairs to any one vehicle will be more than $1000.
☐ Unknown/Unable to Determine ☐ Yes ☐ No

**Reference Marker:** [blank]
**Coordinates:** Latitude/Northing: 40.634033   Longitude/Easting: -73.88933

**Place Where Accident Occurred:** ☐ BRONX ☑ KINGS ☐ NEW YORK ☐ QUEENS ☐ RICHMOND
**Road on which accident occurred:** 9714 SEAVIEW AVENUE
at 1) intersecting street: [blank]
or 2) [blank] Feet/Miles ☐N ☐S ☐E ☐W of [blank]

**Accident Description/Officer's Notes:** OPERATOR OF VEHICLE 1 WAS PRESUMABLY RUN OVER BY HIS OWN CAR DUE TO IT NOT BEING IN PARK. OPERATOR OF VEHICLE 1 WAS REMOVED TO BROOKDALE HOSPITAL BY EMS. OPERATOR OF VEHICLE 1 WAS PRONOUNCED DOA IN ER. ***** AMEND DETAILS ***** THIS PEDESTRIAN'S DEATH OCCURRED ON PRIVATE PROPERTY. THE CAUSE OF THE COLLISION WAS A MECHANICAL DEFECT FROM A MANUFACTURE SAFETY RECALL THAT WASN'T CORRECTED. THIS PEDESTRIAN

**ALL INVOLVED** (table, columns 8–18, BY, TO, Names of all involved, Date of Death Only — all blank)

**Officer's Rank and Signature:** POM [signature]
**Print Name in Full:** SHELDON J WHITE
**Tax ID No.:** 951435
**NCIC No.:** 03030
**Precinct:** 069
**Post/Sector:** [blank]
**Reviewing Officer:** SGT LAUREN J ODESSA
**Date/Time Reviewed:** 02/16/2017 09:53

USE COVER SHEET

P

003

**PERSONS KILLED OR INJURED IN ACCIDENT** (Letter designation of persons killed or injured must correspond with letter designation on front).

| Last Name | First | M.I. | Last Name | First | M.I. |
|---|---|---|---|---|---|
| Address | | | Address | | |
| Date of Birth (Month/Day/Year) | Telephone (Area Code) | | Date of Birth (Month/Day/Year) | Telephone (Area Code) | |
| Last Name | First | M.I. | Last Name | First | M.I. |
| Address | | | Address | | |
| Date of Birth (Month/Day/Year) | Telephone (Area Code) | | Date of Birth (Month/Day/Year) | Telephone (Area Code) | |
| Last Name | First | M.I. | Highway Dist. at Scene? ☐ Yes ☐ No  Name: | | |
| Address | | | | | Shield No. |
| Date of Birth (Month/Day/Year) | Telephone (Area Code) | | | | |

**ENTER INSURANCE POLICY NUMBER FROM INSURANCE IDENTIFICATION CARD, EXPIRATION DATE (IN ALL CASES), AND VIN.**

Vehicle No. _____

Expiration Date _____

VIN _____

Vehicle No. _____

Expiration Date _____

VIN _____

**WITNESS (Attach separate sheet, if necessary)**

| Name | Address | Phone |
|---|---|---|
| | | |
| | | |
| | | |

**DUPLICATE COPY REQUIRED FOR:**

☐ Dept. of Motor Vehicles (if anyone is killed/injured)
☐ Motor Transport Division (P.D. vehicle involved)
☐ NYC Taxi & Limousine Comm. (if a Licensed taxi or limousine involved)
☐ Other City Agency (Specify)

☐ Office of Comptroller (if a City vehicle involved)
☐ Personnel Safety Unit (if a P.D. vehicle involved)
☐ Highway Unit _____

**NOTIFICATIONS:** (Enter name, address, and relationship of friend or relative notified. If aided person is unidentified, list Missing Person Squad member who was notified. In either case, give date and time of notification.)

| PROPERTY DAMAGED (other than vehicles) | OWNER OF PROPERTY (include city agency, where applicable) |
|---|---|
| | |
| | |

**IF NYPD VEHICLE IS INVOLVED:**

| Police Vehicle --Operator's First Name  Last Name | Rank | Shield No. | Tax ID. No. | Command |
|---|---|---|---|---|
| Make of Vehicle | Year | Type of Vehicle | Plate No. | Dept. Vehicle No. | Assigned To What Command |

Equipment in Use At Time of Accident
☐ Siren  ☐ Horn  ☐ Turret Light  ☐ 4-Way Flasher  ☐ High-Level Warning Lights  ☐ Traffic Cones  ☐ Headlights

**ACTIONS OF POLICE VEHICLE**
☐ Responding to Code Signal
☐ Pursuing Violator
☐ Other (Describe)

☐ Complying with Station House Directive
☐ Routine Patrol

MV-104AN (7/11)

Page 4 of 6 Pages

004

New York State Department of Motor Vehicles

# POLICE ACCIDENT REPORT (NYC)
MV-104AN (7/11)

Precinct: 069
Accident No.: MV-2017-069-000258
Complaint Number:

☑ **AMENDED REPORT**

**Accident Date:** Month 2 Day 15 Year 2017
**Day of Week:** WEDNESDAY
**Military Time:** 15:20
**No. of Vehicles:** 2
**No. Injured:** 0
**No. Killed:** 1
**Not Investigated at Scene** ☑
**Reconstructed** ☐
**Left Scene** ☐
**Police Photos:** Yes ☐ No ☑

VEHICLE 1 / VEHICLE 2 — (driver, registration, plate fields blank)

**VEHICLE 1 DAMAGE CODES** / **VEHICLE 2 DAMAGE CODES** — (blank)

VEHICLE DAMAGE CODING:
1-13. SEE DIAGRAM ON RIGHT.
14. UNDERCARRIAGE
15. TRAILER
16. OVERTURNED
17. DEMOLISHED
18. NO DAMAGE
19. OTHER

**ACCIDENT DIAGRAM**

DIAGRAM ATTACHED ON SUBSEQUENT PAGE

2 SIDE SWIPE (SAME DIR)

Cost of repairs to any one vehicle will be more than $1000.
☐ Unknown/Unable to Determine ☐ Yes ☐ No

**Place Where Accident Occurred:** ☐ BRONX ☑ KINGS ☐ NEW YORK ☐ QUEENS ☐ RICHMOND

**Road on which accident occurred:** 9714 SEAVIEW AVENUE

Latitude/Northing: 40.634033
Longitude/Easting: -73.88933

**Accident Description/Officer's Notes:** PASSED AWAY THE DAY AFTER THE COLLISION. THIS REPORT SHOULD BE AMENDED AND THE FATALITY SHOULD BE FREELATED.

**Officer's Rank and Signature:** POM
**Print Name in Full:** SHELDON J WHITE
**Tax ID No.:** 951435
**NCIC No.:** 03030
**Precinct:** 069
**Reviewing Officer:** SGT LAUREN J ODESSA
**Date/Time Reviewed:** 02/16/2017 09:53

005

**PERSONS KILLED OR INJURED IN ACCIDENT** (Letter designation of persons killed or injured must correspond with letter designation on front).

| Last Name | First | M.I. | Last Name | First | M.I. |
|---|---|---|---|---|---|
| Address | | | Address | | |
| Date of Birth (Month Day Year) | Telephone (Area Code) | | Date of Birth (Month Day Year) | Telephone (Area Code) | |
| Last Name | First | M.I. | Last Name | First | M.I. |
| Address | | | Address | | |
| Date of Birth (Month Day Year) | Telephone (Area Code) | | Date of Birth (Month Day Year) | Telephone (Area Code) | |
| Last Name | First | M.I. | Highway Dist. at Scene? ☐ Yes ☐ No  Name: | | |
| Address | | | | | |
| Date of Birth (Month Day Year) | Telephone (Area Code) | | | Shield No. | |

**ENTER INSURANCE POLICY NUMBER FROM INSURANCE IDENTIFICATION CARD, EXPIRATION DATE (IN ALL CASES), AND VIN.**

Vehicle No. _____   Vehicle No. _____

Expiration Date _____   Expiration Date _____

VIN _____   VIN _____

**WITNESS** (Attach separate sheet, if necessary)

| Name | Address | Phone |
|---|---|---|
| | | |
| | | |
| | | |

**DUPLICATE COPY REQUIRED FOR:**

☐ Dept. of Motor Vehicles (if anyone is killed/injured)   ☐ Motor Transport Division (P.D. vehicle involved)   ☐ NYC Taxi & Limousine Comm. (if a Licensed taxi or limousine involved)   ☐ Other City Agency (Specify)

☐ Office of Comptroller (if a City vehicle involved)   ☐ Personnel Safety Unit (if a P.D. vehicle involved)   ☐ Highway Unit _____

**NOTIFICATIONS:** (Enter name, address, and relationship of friend or relative notified. If aided person is unidentified, list Missing Person Squad member who was notified. In either case, give date and time of notification.)

_____

_____

| PROPERTY DAMAGED (other than vehicles) | OWNER OF PROPERTY (include city agency, where applicable) |
|---|---|
| | |
| | |

**IF NYPD VEHICLE IS INVOLVED:**

| Police Vehicle — Operator's First Name | Last Name | Rank | Shield No. | Tax ID. No. | Command |
|---|---|---|---|---|---|
| Make of Vehicle | Year | Type of Vehicle | Plate No. | Dept. Vehicle No. | Assigned To What Command |

Equipment in Use At Time of Accident
☐ Siren   ☐ Horn   ☐ Turret Light   ☐ 4-Way Flasher   ☐ High-Level Warning Lights   ☐ Traffic Cones   ☐ Headlights

**ACTIONS OF POLICE VEHICLE**
☐ Responding to Code Signal          ☐ Complying with Station House Directive
☐ Pursuing Violator                  ☐ Routine Patrol
☐ Other (Describe)

MV-104AN (7/11)                                                                 Page 6 of 6 Pages

**006**

Side Swipe (same dir) : MV-2017-069-000258
Reporting Officer : POM SHELDON J WHITE
Reviewing Officer : SGT LAUREN J ODESSA Reviewed Date : 02/16/2017 09:53



Vehicle 2