# Exhibit B



Deposition of:
# Statement of Ian Baxter, Esq.

*January 6, 2020*

In the Matter of:

# Mannarino, Sophie v. FCA US LLC et al.

Veritext Legal Solutions
888.777.6690 | cs-midatlantic@veritext.com | 215-241-1000

```
                                                          Page 1

 1      UNITED STATES DISTRICT COURT
        EASTERN DISTRICT OF MICHIGAN
 2      SOUTHERN DIVISION
        Case No. 17-cv-07444-NGG-JO
 3      - - - - - - - - - - - - - - - - - - - - - -x
 4      IN RE: US LLC MONOSTABLE ELECTRONIC
        GEARSHIFT LITIGATION,
 5
                    MDL NO. 2744
 6
        This Document Relates to:
 7
        SOPHIE MANNARINO and MICHAEL MENNA, as
 8      Co-Administrators for the Estate of
        MICHAEL J. MANNARINO, a/k/a MICHAEL J.
 9      MANNARINO, JR.,
10                                      Plaintiffs,
                    -against-
11
        FCA US LLC, ROCKAWAY CHRYSLER DODGE JEEP
12      RAM, ZF NORTH AMERICA, INC. and JOHN DOES
        1-100,
13                                      Defendants.
14      - - - - - - - - - - - - - - - - - - - - - -x
15                          16 Court Street
                            Brooklyn, New York
16
                            January 16, 2020
17                          10:05 a.m.
18
19          DEPOSITION of SHELDON WHITE, A
20      Non-Party Witness, held at the above time
21      and place, taken before Arthur Hecht, a
22      Shorthand Reporter and Notary Public of
23      the State of New York, pursuant to the
24      Federal Rules of Civil Procedure, and
25      stipulations between Counsel.
```

```
                                              Page 15
 1          A.    I've received multiple
 2    throughout -- within the police
 3    department, but I couldn't tell you off
 4    head -- off my head, off the top of my
 5    head.
 6          Q.    Okay.   I want to ask you a
 7    little bit now about the accident of
 8    February 15, 2017, and if I refer to an
 9    accident throughout the course of your
10    deposition today, I'm going to be
11    referring to the event of February 15,
12    2017, okay?
13          A.    Yes.
14          Q.    Do you have any independent
15    recollection of that day's events?
16          A.    Yes.
17          Q.    Can you tell me a little bit
18    about what you remember, just
19    independently --
20          A.    Oh, without looking at my notes.
21          Q.    -- without looking at your
22    notes.
23          A.    Okay.   I believe it was the last
24    job of the day.  The job comes over the
25    radio.  We get to the scene.   Mr.
```

Page 16

1    Mannarino -- when we get to the scene, Mr.
2    Mannarino is on the floor, there's
3    multiple people around him.
4             I spoke to Mr. Mannarino.  I'm
5    asking him what happened.  You know, he
6    seemed a little bit out of it, he tells me
7    I don't remember.
8             I said okay.  I'm asking
9    multiple people did you guys see anything,
10   they tell me no.  And his vehicle is
11   pretty much in front of him.  Can I
12   demonstrate with my phone?  I don't know
13   if you --
14        Q.   Why don't we -- I believe
15   there's a diagram --
16        A.   Okay.
17        Q.   -- in your report, we can use
18   that --
19        A.   Okay.
20        Q.   -- when we get to it.
21        A.   My partner goes to the vehicle,
22   I didn't move the vehicle, and I take the
23   report how I saw fit.  That's pretty much.
24   They call EMS, come get him, they take him
25   onto the ambulance and took him to the

Page 24

1  of what you're showing us with the items
2  on the table that his body was in front of
3  his vehicle and towards the driver's side?
4      A.   Driver's side, yes.
5      Q.   At a distance of, if you can
6  estimate?
7      A.   A car and a half feet away,
8  like -- yeah, about a car length away.
9      Q.   You mentioned that there were
10 other people onsite when you arrived, can
11 you estimate how many?
12     A.   About four to eight people.
13     Q.   Did you talk to any of those
14 individuals?
15     A.   I was trying to, and everyone
16 didn't -- I asked was he ran -- like did
17 someone run him over.  No one seemed to
18 understand or know.  No one seen anything.
19     Q.   Did you receive any information
20 from any of those individuals about how
21 the accident occurred?
22     A.   I heard whispering, people
23 saying he was trying to stop his vehicle,
24 and that was it.  That's the only things I
25 heard.

```
                                                   Page 25
 1        Q.    Okay.  Did you take down the
 2   names of any of those individuals?
 3        A.    No.
 4        Q.    Is it fair to assume, then, that
 5   you don't know the names of any of those
 6   individuals?
 7        A.    No.
 8        Q.    The whispering that you heard,
 9   was it coming from multiple people or one
10   person, if you could tell?
11        A.    I couldn't tell.  When I --
12   because I was tending to Mr. Mannarino.
13        Q.    Understood.
14        A.    Uh-uh.
15        Q.    Did you hear any whispering
16   other than what you've told us about him
17   possibly trying to stop the vehicle?
18        A.    Not that I recall, no.
19        Q.    What was the first thing you did
20   upon arriving to the scene?
21        A.    Assess what was happening.  I
22   saw Mr. Mannarino on the floor, I approach
23   him.  Sir, are you okay?  You know, he was
24   nodding his head.  Can you tell me what
25   happened, what's going on?  Couldn't -- he
```

1  wasn't really talking as much.  And I
2  don't honestly remember him really saying
3  anything to me besides getting his bag
4  that was in his car, that was it.
5      Q.   When you say floor, are you
6  referring to the ground?
7      A.   Yes, the parking lot ground.
8      Q.   Do you know how he got to the
9  position that he was in when you first
10 observed him?
11     A.   No.
12     Q.   Do you know if he had been moved
13 to that position?
14     A.   No.  No.
15          MR. BRUNO:  Just, you don't know
16     or --
17          THE WITNESS:  No, I don't know.
18          MR. BRUNO:  Thank you.
19     Q.   Can you tell us about any
20 observations that you may have made of Mr.
21 Mannarino's physical appearance?
22     A.   His physical appearance?  He
23 seemed intact, everything was there.  Just
24 seemed sore, you know, he wanted to sit
25 up.  He asked me could he sit up, I said

Page 74

1      A.    No.
2      Q.    All right.  You mentioned an
3  amend police report, and you actually
4  brought something with you today.  Can I
5  just take a look?
6      A.    Sure.
7            MR. CAVANAGH:  White 4.
8            [Whereupon, at this time, the
9       reporter marked as White Exhibit 4 the
10      above-mentioned amended report for
11      identification.]
12     Q.    Officer White, I'll give you
13  what's been marked White 4.  Can you tell
14  me what that is?
15     A.    It's an amended report.
16     Q.    How did that -- tell me about
17  the circumstances that led to that amended
18  report.
19     A.    So the next day, I come in and
20  my supervisor, Odessa, tells me that we
21  have to redo the report.
22     Q.    Did she tell you why?
23     A.    Because Mannarino had passed
24  away.
25     Q.    You're the one that amended the

```
                                                  Page 75
 1     report?
 2          A.    She did, she -- she did.
 3          Q.    Can you tell me how the amended
 4     report differs from the original report,
 5     if at all?
 6          A.    It just -- well, she added here,
 7     I told her what happened, and she just
 8     added, I guess, what she wrote in.  She
 9     wrote here this pedestrian's death
10     occurred on a private property.  The cause
11     of this collision was a mechanical defect
12     from a manufacture safety recall that
13     wasn't corrected.  This pedestrian passed
14     away the day after the collection.  This
15     report should be amended and the facility
16     should be freelated.
17          Q.    Do you know if that's a typo?
18          A.    It might be.
19          Q.    Could it be related?
20          A.    Yes, I believe it's supposed to
21     be related.
22          Q.    So this amendment was made by
23     Sergeant Odessa, is that right?
24          A.    Yes.
25          Q.    Okay.  And it was made the next
```

Page 76

```
 1      day?
 2          A.    Yes.
 3          Q.    Do you know -- strike that.
 4                The section that you just read
 5      followed something that says amended
 6      details in the description box, do you see
 7      that?
 8          A.    Yes.
 9          Q.    What you just read, is that the
10      only difference between White 4 and White
11      3, the original report?
12          A.    Yes.
13          Q.    Do you know why Sergeant Odessa
14      added in the section about the
15      pedestrian's death occurring on private
16      property?
17          A.    I have no idea.
18          Q.    Are you aware of any
19      significance that that would have from the
20      officer -- or excuse me, from the
21      perspective of a police officer?
22          A.    I have no idea.
23          Q.    Okay.  The next sentence, the
24      cause of the collision was a mechanical
25      defect from a manufacture safety recall
```

Page 77

1  that wasn't corrected, do you have any
2  information about the mechanical defect
3  that's being referenced in this sentence?
4       A.    I was informed by other people
5  that that vehicle had recalls on it, and
6  myself and Sergeant Odessa just spoke
7  about it, and this is what she formulated.
8       Q.    Did you ever view any recalls?
9       A.    No.
10      Q.    Did you ever obtain any
11 information from any source other than
12 from Sergeant Odessa about the recall?
13      A.    No.
14      Q.    Other than what you've already
15 testified to, did Sergeant Odessa provide
16 you with any other information about the
17 mechanical defect?
18      A.    No.
19      Q.    I apologize, you may have
20 already answered this, but I can't recall,
21 did she tell you what the mechanical
22 defect was?
23      A.    We were talk -- I can't remember
24 if she specified it, but from my other
25 colleagues and -- because it was like

Page 78

1   early in the day, yeah, that it happened,
2   you know, I pretty much -- multiple people
3   told me they have problem with the gears,
4   the gears, and I was, like, I had no idea.
5       Q.   Those multiple people, were they
6   other police officers?
7       A.   Yes.
8       Q.   Okay.  Other than what you heard
9   from those other police officers, do you
10  have any other information about the --
11      A.   No.
12      Q.   -- mechanical defect?
13      A.   No.
14      Q.   So at some point after you
15  submitted your original report, you had a
16  conversation with Sergeant Odessa --
17      A.   Yes.
18      Q.   -- correct?
19      A.   Yes.
20      Q.   And I think you testified
21  earlier, tell me if I'm wrong, that you
22  also spoke with another detective who
23  conducted a post-accident investigation?
24      A.   Yes.
25      Q.   What was that individual's name?