# Exhibit C

# POLICE ACCIDENT REPORT (NYC)
**MV-104AN (7/11)**

New York State Department of Motor Vehicles

Page 3 of 6 Pages

**Precinct:** 069
**Accident No.:** MV-2017-069-000258
**Complaint Number:**
☑ **AMENDED REPORT**

| Accident Date | | | Day of Week | Military Time | No. of Vehicles | No. Injured | No. Killed | Not Investigated at Scene ☑ | Left Scene | Police Photos |
|---|---|---|---|---|---|---|---|---|---|---|
| Month 2 | Day 15 | Year 2017 | WEDNESDAY | 15:20 | 2 | 0 | 1 | Reconstructed ☐ | ☐ | ☐ Yes ☑ No |

**VEHICLE** | ☐ VEHICLE ☐ BICYCLIST ☐ PEDESTRIAN ☐ OTHER PEDESTRIAN

(Driver/vehicle fields blank)

**VEHICLE DAMAGE CODING:**
- 1-13. SEE DIAGRAM ON RIGHT.
- 14. UNDERCARRIAGE
- 15. TRAILER
- 16. OVERTURNED
- 17. DEMOLISHED
- 18. NO DAMAGE
- 19. OTHER

**ACCIDENT DIAGRAM**

DIAGRAM ATTACHED ON SUBSEQUENT PAGE

2 SIDE SWIPE (SAME DIR)

Cost of repairs to any one vehicle will be more than $1000.
☐ Unknown/Unable to Determine ☐ Yes ☐ No

**Place Where Accident Occurred:** ☐ BRONX ☑ KINGS ☐ NEW YORK ☐ QUEENS ☐ RICHMOND

**Road on which accident occurred:** 9714 SEAVIEW AVENUE

**Latitude/Northing:** 40.634033
**Longitude/Easting:** -73.88933

**Accident Description/Officer's Notes:** OPERATOR OF VEHICLE 1 WAS PRESUMABLY RUN OVER BY HIS OWN CAR DUE TO IT NOT BEING IN PARK. OPERATOR OF VEHICLE 1 WAS REMOVED TO BROOKDALE HOSPITAL BY EMS. OPERATOR OF VEHICLE 1 WAS PRONOUNCED DOA IN ER. ***** AMEND DETAILS ***** THIS PEDESTRIAN'S DEATH OCCURRED ON PRIVATE PROPERTY. THE CAUSE OF THE COLLISION WAS A MECHANICAL DEFECT FROM A MANUFACTURE SAFETY RECALL THAT WASN'T CORRECTED. THIS PEDESTRIAN

**Officer's Rank and Signature:** POM
**Print Name in Full:** SHELDON J WHITE
**Tax ID No.:** 951435
**NCIC No.:** 03030
**Precinct:** 069
**Reviewing Officer:** SGT LAUREN J ODESSA
**Date/Time Reviewed:** 02/16/2017 09:53

Page 5 of 6 Pages

New York State Department of Motor Vehicles

# POLICE ACCIDENT REPORT (NYC)

MV-104AN (7/11)

☑ AMENDED REPORT

Precinct: 069
Accident No.: MV-2017-069-000258
Complaint Number:

| Accident Date (Month / Day / Year) | Day of Week | Military Time | No. of Vehicles | No. Injured | No. Killed | Not Investigated at Scene ☑ / Reconstructed ☐ | Left Scene | Police Photos |
|---|---|---|---|---|---|---|---|---|
| 2 / 15 / 2017 | WEDNESDAY | 15:20 | 2 | 0 | 1 | | ☐ | ☐ Yes ☑ No |

| VEHICLE (Vehicle 1) | ☐ VEHICLE ☐ BICYCLIST ☐ PEDESTRIAN ☐ OTHER PEDESTRIAN (Vehicle 2) |
|---|---|
| VEHICLE - Driver License ID Number / State of Lic. | VEHICLE - Driver License ID Number / State of Lic. |
| Driver Name - exactly as printed on license | Driver Name - exactly as printed on license |
| Address (Include Number & Street) / Apt. No. | Address (Include Number & Street) / Apt. No. |
| City or Town / State / Zip Code | City or Town / State / Zip Code |
| Date of Birth (Month / Day / Year) / Sex / Unlicensed ☐ / No. of Occupants / Public Property Damaged ☐ | Date of Birth (Month / Day / Year) / Sex / Unlicensed ☐ / No. of Occupants / Public Property Damaged ☐ |
| Name–exactly as printed on registration / Sex / Date of Birth (Month / Day / Year) | Name–exactly as printed on registration / Sex / Date of Birth (Month / Day / Year) |
| Address (Include Number & Street) / Apt. No. / Haz. Mat Code / Released ☐ | Address (Include Number & Street) / Apt. No. / Haz. Mat. Code / Released ☐ |
| City or Town / State / Zip Code | City or Town / State / Zip Code |
| Plate Number / State of Reg. / Vehicle Year & Make / Vehicle Type / Ins. Code | Plate Number / State of Reg. / Vehicle Year & Make / Vehicle Type / Ins. Code |
| Ticket/Arrest Number(s) | Ticket/Arrest Number(s) |
| Violation Section(s) | Violation Section(s) |

Right margin boxes: 19 -; 20 -; 21 -; 22 -; 23 -; 24 -; 25 -; 26 -; 27 2; 28 1; 29 -; 30 -
Left margin boxes: 1 -; 2 -; 3 1; 4 1; 5 1; 6 1; 7 1

**VEHICLE 1**
Check if involved vehicle is:
☐ more than 95 inches wide;
☐ more than 34 feet long;
☐ operated with an overweight permit;
☐ operated with an overdimension permit.

**VEHICLE 1 DAMAGE CODES**
Box 1 - Point of Impact (1) / Box 2 - Most Damage (2)
Enter up to three more Damage Codes (3) (4) (5)
Vehicle Towed: By / To

**VEHICLE 2**
Check if involved vehicle is:
☐ more than 95 inches wide;
☐ more than 34 feet long;
☐ operated with an overweight permit;
☐ operated with an overdimension permit.

**VEHICLE 2 DAMAGE CODES**
Box 1 - Point of Impact (1) / Box 2 - Most Damage (2)
Enter up to three more Damage Codes (3) (4) (5)
Vehicle Towed: By / To

VEHICLE DAMAGE CODING:
1-13. SEE DIAGRAM ON RIGHT.
14. UNDERCARRIAGE
15. TRAILER
16. OVERTURNED
17. DEMOLISHED
18. NO DAMAGE
19. OTHER

Circle the diagram below that describes the accident, or draw your own diagram in space #9. Number the vehicles.

ACCIDENT DIAGRAM

DIAGRAM ATTACHED ON SUBSEQUENT PAGE

2 SIDE SWIPE (SAME DIR)

9.

Cost of repairs to any one vehicle will be more than $1000.
☐ Unknown/Unable to Determine ☐ Yes ☐ No

Reference Marker

Coordinates (if available)
Latitude/Northing: 40.634033
Longitude/Easting: -73.88933

**Place Where Accident Occurred:** ☐ BRONX ☑ KINGS ☐ NEW YORK ☐ QUEENS ☐ RICHMOND
Road on which accident occurred 9714 SEAVIEW AVENUE
(Route Number or Street Name)
at 1) intersecting street
(Route Number or Street Name)
or 2) ____ Feet ____ Miles ☐ N ☐ E ☐ S ☐ W of
(Milepost, Nearest Intersecting Route Number or Street Name)

Accident Description/Officer's Notes PASSED AWAY THE DAY AFTER THE COLLISION. THIS REPORT SHOULD BE AMENDED AND THE FATALITY SHOULD BE FREELATED.

USE COVER SHEET
P

ALL INVOLVED

| 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | BY | TO | 18 | Names of all involved | Date of Death Only |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |

| Officer's Rank and Signature | Tax ID No. | NCIC No. | Precinct | Post/Sector | Reviewing Officer | Date/Time Reviewed |
|---|---|---|---|---|---|---|
| POM [signature] | 951435 | 03030 | 069 | | SGT LAUREN J ODESSA | 02/16/2017 09:53 |

Print Name in Full: SHELDON J WHITE

**PERSONS KILLED OR INJURED IN ACCIDENT** (Letter designation of persons killed or injured must correspond with letter designation on front).

| Last Name | First | M.I. | Last Name | First | M.I. |
|---|---|---|---|---|---|
| Address | | | Address | | |
| Date of Birth (Month/Day/Year) | Telephone (Area Code) | | Date of Birth (Month/Day/Year) | Telephone (Area Code) | |
| Last Name | First | M.I. | Last Name | First | M.I. |
| Address | | | Address | | |
| Date of Birth (Month/Day/Year) | Telephone (Area Code) | | Date of Birth (Month/Day/Year) | Telephone (Area Code) | |
| Last Name | First | M.I. | | | |
| Address | | | | | |

Highway Dist. at Scene? ☐ Yes ☐ No
Name:

| Date of Birth (Month/Day/Year) | Telephone (Area Code) | Shield No. |

**ENTER INSURANCE POLICY NUMBER FROM INSURANCE IDENTIFICATION CARD, EXPIRATION DATE (IN ALL CASES), AND VIN.**

Vehicle No. _____         Vehicle No. _____
Expiration Date _____         Expiration Date _____
VIN _____         VIN _____

**WITNESS** (Attach separate sheet, if necessary)
Name                       Address                        Phone
_____
_____
_____

**DUPLICATE COPY REQUIRED FOR:**

☐ Dept. of Motor Vehicles (if anyone is killed/injured)
☐ Motor Transport Division (P.D. vehicle involved)
☐ NYC Taxi & Limousine Comm. (if a Licensed taxi or limousine involved)
☐ Other City Agency (Specify)
☐ Office of Comptroller (if a City vehicle involved)
☐ Personnel Safety Unit (if a P.D. vehicle involved)
☐ Highway Unit _____

**NOTIFICATIONS:** (Enter name, address, and relationship of friend or relative notified. If aided person is unidentified, list Missing Person Squad member who was notified. In either case, give date and time of notification.)
_____
_____

**PROPERTY DAMAGED** (other than vehicles)       **OWNER OF PROPERTY** (include city agency, where applicable)
_____
_____

**IF NYPD VEHICLE IS INVOLVED:**

| Police Vehicle – Operator's First Name | Last Name | Rank | Shield No. | Tax ID. No. | Command |
| Make of Vehicle | Year | Type of Vehicle | Plate No. | Dept. Vehicle No. | Assigned To What Command |

Equipment in Use At Time of Accident
☐ Siren  ☐ Horn  ☐ Turret Light  ☐ 4-Way Flasher  ☐ High-Level Warning Lights  ☐ Traffic Cones  ☐ Headlights

**ACTIONS OF POLICE VEHICLE**
☐ Responding to Code Signal            ☐ Complying with Station House Directive
☐ Pursuing Violator                    ☐ Routine Patrol
☐ Other (Describe)

MV-104AN (7/11)                                                    Page 4 of 6 Pages

Side Swipe (same dir) : MV-2017-069-000258
Reporting Officer : POM SHELDON J WHITE
Reviewing Officer : SGT LAUREN J ODESSA Reviewed Date : 02/16/2017 09:53



Vehicle 2