# Exhibit 10

Message

**From**: Jay Tenbrink [jay.tenbrink@fcagroup.com]
**Sent**: 8/3/2012 2:32:49 PM
**To**: James Locey [james.locey@fcagroup.com]
**Subject**: clinic thoughts and observations so far.

James,

I think things are going quite well with the clinic. They are very thorough, non-biased, and professional. I'll be hitting the road directly after the last driver of the day.

The poly-stable shifter is doing very well. With most drivers it is scoring highest. Intuitive, easy to use, traditional (in a good way), confident. The 1.5 second lag to show park in the cluster is definitely a detractor.

The results of the mono-stable shifter are much worse than I expected. It really is a shame that we are putting this thing in cars. Anyone who speaks well of that shifter loses credibility in my book. We should get that thing out of our cars ASAP.

Rotary does much better than mono-stable. It is intuitive and quite easy to use. There are some things to keep in mind: "too easy to use, might move it by mistake", "seems like I'm adjusting the radio, not shifting", etc. Several folks liked the new and different style. It is too bad we didn't launch a rotary on the LX/LD instead of the mono-stable.

One thing that I hadn't thought too much about before: The driver's use relative position, sight, feel, AND sound feedback when the activate a control. The shifter should NOT be silent, but should have a quality sound to provide feedback to the operator. In the past we had worked to minimize sound, or "noise" because it was always trashy and too loud. The goal should not be silence, but the "right " sound. We have info on what that should be I think from an earlier DFSS. Overall a very worthwhile 2 days.

Got to go out onto the football field at OSU last night. First time I've ever been on a big 10 field. Pretty cool. I suppose you've been there lots of times…….

Jay TenBrink

Design Responsible – Shift Systems

Tech Lead – Shift Systems

Chrysler LLC

248 / 576 - 2788

Confidential                                                        MCPS141039