# Exhibit 1

Page 1

1    IN THE UNITED STATES DISTRICT COURT
     FOR THE EASTERN DISTRICT OF MICHIGAN
2              SOUTHERN DIVISION

3    _____

     IN RE: FCA US LLC MONOSTABLE
4    ELECTRONIC GEARSHIFT LITIGATION

5
6                           Case No. 16-md-02744
7         MDI No. 2744,
8    _____

9    The Deposition of STEPHEN WILLIAMS, taken at The
10   Miller Law Firm, P.C., 950 West University Drive,
11   Suite 300, Rochester, Michigan, commencing 10:20 a.m.
12   on Wednesday, November 28th, 2018, before Susan
13   Capobianco, CSR-2282.

14
15
16
17
18
19
20
21
22
23         VERITEXT LEGAL SOLUTIONS
              MID-ATLANTIC REGION
24       1801 Market Street - Suite 1800
              Philadelphia, PA  19103
25

```
 1   A.   From my experience, yes.  I mean that's going to
 2        happen with all vehicles because there is mandated
 3        standards astringent to it.  You have to have a fuel
 4        economy that increase every year.  So all vehicles
 5        are subject to it.
 6   Q.   His answer continues two lines down.  The shifter
 7        featured in the subject vehicles is the exact same
 8        components used by at least two other vehicle
 9        manufacturers; do you see that?
10   A.   Yes.
```

*Class Cert Designations*

```
11   Q.   That again is referring to the monostable shifter as
12        being the exact same component that was used in the
13        Audi and the Bentley?
14   A.   Correct.
15   Q.   Obviously if the exact same component as used in the
16        Audi and Bentley, it's the exact same component
17        through the class vehicles, correct?
18   A.   Yes, for the most part, yes.
19   Q.   Except for the stalks are a little taller?
20   A.   The stalks are a little taller and some of the
21        bezels may be different.  And again there is
22        probably some minor differences in some of the
23        module functionality, that's why we had so many
24        recall remedies that were slightly different.
25   Q.   No material differences though?
```

*Class Cert Designations*

```
 1  A.   No.
 2  Q.   The answer continues that 87 percent of all reports
 3       provided the investigation did not result in crash
 4       injury or property damage; that was an accurate
 5       figure?
 6  A.   Yes.
 7  Q.   Some 13 percent of all the reports did involve crash
 8       injury or property damage, correct?
 9  A.   Correct.
10  Q.   We continue with the answer, these reports do not
11       describe malfunctions of the shifter.  These reports
12       express difficulty achieving the desired gear
13       without having to view the display and other
14       indicators for confirmation of the desired gear has
15       been achieved, but do not suggest unintended roll
16       away is a risk for the large majority of operators;
17       do you see that?
18  A.   Yes.
19  Q.   And you agree with what's written there, that I just
20       read?
21  A.   Yes, I do.
22  Q.   Are you aware of studies having been conducted,
23       before the vehicles were manufactured where
24       participants said, one thing they did not want to
25       have in the shifter was to have to look somewhere to
```

Page 255

```
 1   STATE OF MICHIGAN
 2   COUNTY OF OAKLAND
 3              I, Susan Capobianco, a Notary Public in and
 4   for the County of Oakland, State of Michigan, do hereby
 5   certify that the witness whose attached deposition was
 6   taken before me in the above-entitled matter was by me
 7   duly sworn at the aforementioned time and place; that
 8   the testimony given by said witness was stenographically
 9   recorded in the presence of said witness and afterwards
10   transcribed by computer under my personal supervision,
11   and that the said deposition is a full, true and correct
12   transcript of the testimony given by the witness.
13              I further certify that I am not connected by
14   blood or marriage with any of the parties or their
15   attorneys, and that I am not an employee of either of
16   them, nor financially interested in the action.
17              IN WITNESS WHEREOF, I have hereunto
18   subscribed my name this 11th day of December, 2018.
19
20
21                         _____
22                         Susan Capobianco CSR-2282
                           Oakland County, Michigan
23                         My Commission expires: 3-24-23
24
25
```