UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: FCA US LLC MONOSTABLE
ELECTRONIC GEARSHIFT LITIGATION

MDL No. 2744

Case Number 16-md-2744
Honorable David M. Lawson
Magistrate Judge David R. Grand

_____/

TREVOR MARBLE,

      Plaintiff,

v.

Case Number 17-10983
Honorable David M. Lawson

FCA US, LLC,

      Defendant.

_____/

## JUDGMENT

In accordance with the opinion and order entered on this date, it is **ORDERED AND ADJUDGED** that the claims by plaintiff Marble in the Second Amended Consolidated Master Complaint and in Case Number 17-10983 are **DISMISSED WITHOUT PREJUDICE**.

                                                s/David M. Lawson
                                                DAVID M. LAWSON
                                                United States District Judge

Dated:  February 10, 2025